ORIGINAL

RECEIVED
MAR 1 0 2017
PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT_____

ERIC ANDREW PEREZ,

                              Plaintiff,

Civil Action No.————  **1391**
                              Hon.

-V-

Robert L. Capers, Attorney General Eastern District, Ms. Antoinette Attorney General's
Office Eastern District, Ms. Phelps, ADA Eastern District, Cindy F. Intschert, Attorney General
Jefferson County, Frank Seminerio, ADA Jefferson County, Mr. Neddo, Attorney Jefferson
County, Sheriff Burns, Sheriff Jefferson County, Deputy Mezacola, Jefferson County Sheriff's
Dept, Judge Todd, Judge Jefferson County, John Doe, Court Officer Jefferson County, John Doe,
Court Officer Jefferson County, Richard M. Space, Jr., Erin Bartel, Gina Suarez, Cristina
DeLeon Acosta, Mr. Acosta, John Doe employee of Neustar Incorporated, Rick Moore,
Unknown members of the SID, John Doe NYS Correctional Officers, Anthony J. Annucci,
Commissioner NYS DOC, Donald D. Fries, NYS DOC Executive Clemency Board, Eric
Schneiderman, Attorney General NY, Alvin L. Bragg, AG Social Justice,

                              Defendants.                    **BRODIE, J.**

_____

## COMPLAINT WITH JURY DEMAND

### BACKGROUND                    **BLOOM, M.J.**

        The plaintiff brings this civil action after discovering video evidence proving that he was
deliberately incarcerated, maliciously prosecuted, and tortured at the behest of criminal cops and
informants. The following complaint outlines the events stemming from his discovery of new
video evidence and his engineered harassment, deprivation of civil rights & protected activities,
and obstruction of justice.

### PARTIES

1. Plaintiff, Eric Andrew Perez, is and was at all relevant hereto, a naturalized born citizen of the

United States of America and an Honorably Discharged Marine residing in Richmond County,

NY.

2. Defendant, Robert L. Capers, Attorney General Eastern District, at all times relevant hereto,

the Attorney General of the Eastern District, NY.

3. Defendant, Ms. Antoinette Attorney General's office Eastern District, at all times relevant hereto, an employee of the Attorney General Eastern District.

4. Defendant, Ms. Phelps, ADA Eastern District NY, at all times relevant hereto, an AAG of the Eastern District.

5. Defendant, Cindy F. Intschert, Attorney General Jefferson County, at all times relevant hereto, the District Attorney of Jefferson County.

6. Defendant, Frank Seminerio, ADA Jefferson County, at all times relevant hereto, the AAG of Jefferson County.

7. Defendant, Mr. Neddo, Attorney Jefferson County, at all times relevant hereto, the plaintiff's public defender.

8. Defendant, Sheriff Burns, Sheriff Jefferson County, at all times relevant hereto, the Sheriff of Jefferson County, NY.

9. Defendant, Deputy Mezacola, Jefferson County Sheriff's Dept, at all times relevant hereto, Deputy Jefferson County Sheriff's Department.

10. Defendant, Judge Todd, Judge Jefferson County, at all times relevant hereto, Judge in the Jefferson County Supreme Court.

11. Defendant, John Doe, Court Officer Jefferson County, at all times relevant hereto, Court Officer Jefferson County Supreme Court.

12. Defendant, John Doe, Court Officer Jefferson County, at all times relevant hereto, Court Officer Jefferson County Supreme Court.

13. Defendant, Richard M. Space, Jr., at all times relevant hereto, at all times hereto, was plaintiff's friend.

14. Defendant, Erin Bartel, at all times relevant hereto, an employee of NYS DOC.

15. Defendant, Gina Suarez, at all times relevant hereto, the step mother of the plaintiff and wife of father of the plaintiff.

16. Defendant, Cristina DeLeon Acosta, at all times relevant hereto, the ex-wife of the plaintiff.

17. Defendant, Mr. Acosta, at all times relevant hereto, was the boyfriend and them husband of Cristina DeLeon.

18. Defendant, John Doe employee of Neustar Incorporated, at all times relevant hereto, is a former employee of Neustar Inc. who worked with the plaintiff there in 200-2009.

19. Defendant, Rick Moore, at all times relevant hereto, is the producer of the video in question and owner of the Sophisticated Lady.

20. Defendants, Unknown members of the SID, at all times relevant hereto, were present in the video and active participants in the criminal conspiracy against the plaintiff.

21. Defendant, John Doe NYS Correctional Officers, were present in the video and active participants in the criminal conspiracy against the plaintiff.

22. Defendant, Anthony J. Annucci, Commissioner NYS DOC, at all times relevant hereto, is the Commissioner of the NYS Department of Corrections.

23. Defendant, Donald D. Fries, NYS DOC Executive Clemency Board, at all times relevant hereto is the Director of the Executive Clemency Bureau.

24. Defendant, Eric Schneiderman, Attorney General NY, at all times relevant hereto is the Attorney General of the State of New York.

25. Defendant, Alvin L. Bragg, AG Social Justice, at all times relevant hereto is the Executive Attorney General for Social Justice NY.

## *JURISDICTION & VENUE*

26. This Court has jurisdiction over this action under 28 U.S.C. Sections 1331 and 1343(3) and (4). The matters in controversy arise under 42 U.S.C. Section 1983. 2. Venue properly lies in this District pursuant to 28 U.S.C. Section 1391(b)(2), because the events giving rise to this cause of action occurred within Staten Island which lies within the Eastern District of the State of New York.

27. This is a civil action authorized by the following provisions of the NY State Constitution: Article I, §2, §3, §4, §5, §6, §7, §8, §9, §11, §12, §14, §16. The claimants are seeking Injunctive, Declaratory, and Monetary Relief to make the whole.

28. The Claimants make this claim under the following Amendments of the Constitution of the United States of America: I, II, IV, V, VI, VII, VIII, IX, XI, XIII, XIV.

29. The Claimants make this claim under the following Articles of the Universal Declaration of Human Rights: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 22, 23, 25, 26, 27, 28, 29, 30.

30. This civil action is also authorized by 42 U.S.C. Section 1983. Bivens v. Six Unknown Agents, FTCA 28 U.S.C. § 1346(b),

13

31. 18 U.S. Code § 798, 18 U.S.C § 793, 18 U.S.C § 794, 18 USC § 2071, 18 USC § 1343, 18 USC § 1001, 18 USC § 912

32. 18 U.S. Code § 1924 - Unauthorized removal and retention of classified documents or material

33. H.R.2985 - Confidential Informant Accountability Act of 2015

34. The Court has the jurisdiction to hear this case and this case is filed in federal court pursuant to Title 18 Section 241 for Conspiracy Against Rights by the named defendant against the named plaintiff in this case.

35. Provocateurs, patsies, informants and all other conspirators who conspired with Federal, State, and Local Law Enforcement.

36. The Court has jurisdiction to hear this case and this case is filed in federal court pursuant to 18 U.S.C.§ 2340. This court has subject matter jurisdiction over the federal claims pursuant to

37 U.S.C. § 1331, 18 U.S.C. § 2712.

38. 42 USC § 1981, 42 USC § 1982, 42 USC § 1985, 42 USC § 1986, 42 USC § 1964

39. 5 USC § 702, 5 USC § 706(1)

40. Privacy Act OF 1974

41. 50 USC CHAPTER 23 § 783

42. Subversive Activities Act of 1950

43. RICO Act, 18 U.S.C.A. § 1964

44. Title VI of the Civil Rights Act of 1964,

45. Executive Order 12250, 13160, 13166

46. Privacy Act

47. 50 USC CHAPTER 23 § 783, 50 U.S.C. § 1881a(d)(2), USA Freedom Act

48. Pursuant to Federal Rules of Civil Procedure, Title 5, 22, 42, 142, 18, 18a, and 50, Plaintiff brings this action on behalf of himself.

49. Plaintiff is entitled to Civil Damages 18 U.S.C. § Rule 2520 in violations of his First, Third, Fifth, and Thirteenth Amendments; 18 U.S.C. § 2510, 18 U.S.C. § 2511, and 18 U.S.C. § 2512.

## NEW EVIDENCE

50. Petitioner plead guilty to Contempt 1st in Jefferson County Supreme Court on Valentine's Day February 14th, 2012.

51. November, 2016 the plaintiff discovered a video on YouTube titled British Virgin Islands – Soggy Dollar Beach Bar, White Bay, Jost Van Dyke, BVI, Caribbean recorded by Rick Moore https://youtu.be/sLL8AiflJFA  in the plaintiff's YouTube feed.

52. This video was posted to YouTube by Rick Moore on February 26, 2012.

53. This video is evidence that there is an ongoing criminal conspiracy against the plaintiff, and has over 193,000 views hundreds of them by law enforcement personnel.

54. The plaintiff has identified the following people who are familiar to him in the video: Cristina DeLeon Acosta ex-wife and the alleged victim in my criminal case of 2012, Mr. Acosta Cristina's new husband, plaintiff's step mother Gina Suarez and wife to petitioner's father Andrew Perez, Richard Michael Space Jr. friend of the petitioner for over 20 yrs., Dino the plumber who rents out the garage attached to the plaintiff's residence & friend of the landlord Anthony Spano, Erin Bartel who the plaintiff worked with at Buffalo Wild Wings, Watertown, NY upon his release from prison in 2013, a relative of a CBS news correspondent, Jefferson County Sheriff Deputy Mezacola's brother, someone that the plaintiff was in Borden's Ave Veteran's Shelter, several informants and others that are not familiar to the plaintiff.

55. The plaintiff's version of the video can be found on YouTube https://youtu.be/EDBubbvGLDM and identifies the persons that are familiar to the plaintiff.

56. Plaintiff recognizes these individuals even with their backs turned toward the camera since I have known most of these individuals that I have identified for many years.

57. Several other videos posted on Rick Moore's YouTube Channel also support the plaintiff's claim that these people, and others such as the camera person have been the cause of the plaintiff's troubles in his life as well as his fitness career.

58. The plaintiff's ex-wife was the complainant in the plaintiff's case and the only witness to the prosecution.

59. Petitioner's ex-wife was working with the military police and the Jefferson County Sheriff's Department at the time of the plaintiff's arrest of 8-04-2011.

60. This video supports the plaintiff's claims that she concocted the incident of August 4, 2011 to entrap and dispose of the plaintiff upon the orders of these coconspirators.

61. The plaintiff was falsely incarcerated, maliciously prosecuted, and tortured at the behest of these coconspirators.

62. Petitioner's ex-wife Cristina and Mr. Acosta were stationed at Fort Drum Watertown, NY together, and are currently married.

63. Plaintiff's ex-wife's planning for this operation started at least 90 days before the trip since obtaining a passport was required, and the Plaintiff's ex-wife never had a passport.

64. The planning and budgeting for this operation began months in advance due to the logistics & budgeting involved, and the coordination between the Jefferson County Sheriff's Office, NYS DOC, and the Jefferson County District Attorney's Office who planned on smuggling several confidential drug informants in this operation.

65. As an insult to the plaintiff and a gift to the plaintiff's ex-wife Mrs. DeLeon Acosta the plaintiff was made to plead guilty on Valentine's Day 2-14-12.

66. Days later this group of personnel were all in the British Virgin Islands knowing that I would be routing away in prison for a crime I did not commit.

67. Additionally, the plaintiff received his final divorce paperwork from the Cristina postmarked San Antonio, TX which is Mr. Acosta's home town and the headquarters of Clear Channel.

68. This video was deliberately filmed by Rick Moore and even the angle of the video was arranged.

69. When the plaintiff attempted to contact Rick Moore for additional film footage with other angles, and additional information the plaintiff received no response.

70. The Jefferson County District Attorney's Office was aware of the trip/operation, received funding for the operation, and placed several members from Jefferson County, persons under the color of law, and others on this operation.

71. The live discovery component of this entertainment/law enforcement gimmick/program has allowed the petitioner to discover that this vacationing spot is regularly used by the Jefferson County Sheriff's Department, NYS DOC, and the Military.

72. Petitioner is unaware of the characterization of Cristina DeLeon and Mr. Acosta's discharges.

73. Cristina DeLeon and Mr. Acosta have received promotions and other financial benefits because of their participation in this conspiracy against the plaintiff.

74. The Jefferson County ADA Frank Seminerio Jr. was also aware of the vacation/operation, and was the ADA in the Courtroom while the plaintiff was being sentenced.

75. February 28th, 2012 the petitioner was transported to the Supreme Court Jefferson and placed in the holding pen with several other inmates.

76. Before the petitioner was produced before Judge Todd to be sentenced the court room was cleared of any witnesses, and the doors sealed.

77. The only persons present in the court room were the following: Judge Todd, two Court Officers, ADA Frank Seminerio, Court Reporter, Defense Counsel Neddo, two Jefferson County Sheriff's Deputies, and the plaintiff.

78. Before the Court on the above date the plaintiff described how he was used as the subject of the prison program, beaten, his private information from his FBI file released to the inmates, his denial of psychotropic medication, the threats made to his children, and his and his defamation of character.

79. The plaintiff attempted to withdraw his guilty plea and was clearly distraught, mentally and physically incapacitated.

80. Mr. Neddo was clearly hostile towards the plaintiff and told Judge Todd to deny the plaintiff's request, see exhibit 1 sentencing minutes.

81. The plaintiff's defense counsel, Deputy Courtwright Jefferson County, ADA Seminerio, and the Court Officers are all friends and attend events together.

82. Mr. Neddo announced his candidacy for Jefferson County District Attorney in June of 2015.

83. The plaintiff does not believe it was a coincidence that he was sent to prison as part of an illegal deal that was worked out by various persons under the color of law, plaintiff's defense attorney, and other coconspirators who were rewarded for their participation in several engineered and orchestrated plots against the plaintiff.

84. This conspiracy did not stop after the plaintiff was sent to prison or after his release.

This conspiracy continues in evolutions throughout the plaintiff's life daily.

85. These same conspirators used well known tactics that have been developed and engineered for the use of law enforcement.

86. These tactics include using the people closest to you in their schemes against the plaintiff, surrounding the plaintiff 360 degrees with the same units for over 4 years, the use of unwarranted invasion of privacy, using the invasion of privacy to plant people in his life and arrange situations where these people have orders; follow rules; and abide by rules towards the plaintiff, and the engineering of his environment.

87. These coconspirators have evolved and changed with the various environments that the plaintiff has lived in: Watertown, Tampa Bay Florida, Borden Ave Veteran's Residence, and now Staten Island, NY.

88. The fact that the same group of mafia informants, cops, lawyers, plaintiff's immediate family members, and even his neighbors that are part of this conspiracy is also evidence of this plot.

89. The authorities and private persons who have engineered this plot are now being totally corrupt and depravedly indifferent to the plaintiff's situation.

90. This indifference is another tactic that law enforcement uses as long as gaming the law and creating delays.

91. Every situation that the plaintiff has been in has been set up by these conspirators to include employment at Buffalo Wild Wings, Chris Plumbing, Foreign Legion, Defy Ventures, Personal Training School, Blink Fitness, Post-Conviction Remedies, Conviction Review Battle, Civil Rights lawsuits, neighbors, and everything else has all been engineered by these criminal conspirators who have worked out various ways to profit off the plaintiff's situations.

92. This is evinced by the fact that Dino the plumber who rents the garage that is attached to the plaintiff's residence is in the video as well.

93. The plaintiff's landlord is now in his sights, but being that this Police Department and government is so corrupt the petitioner is being kept here.

94. The plaintiff's transfer of his section 8 to Hawaii or lack thereof transfer was also engineered by this company who has been trained to act against him in concert with law enforcement.

95. This company has no interest in the plaintiff being acknowledged nor his justice.

96. They have even arranged it so that the plaintiff is forced to travel afoot and on mass transportation while others drive.

97. Even the construction in the house that the plaintiff lives in has been engineered as part of this plot.

98. These coconspirators enter the plaintiff's apartment after I leave each day, even after I replaced the lock twice with multi-lock sets, which have keys that are uncopiable.

99. Spies and informants are now working on shifts, using the plaintiff's garage to smuggle people, equipment, to illegally wiretap, and provide information to various companies, law enforcement, and others information to engineer the populace against the plaintiff.

100. The plaintiff's basement is also being used in shifts as the contents of the plaintiff's laptop are being broadcast to specialized equipment as part of this.

101. Every single electronic device that the plaintiff owns to include his alarm clock is specially bugged allowing this unwarranted invasion of privacy to continuously take place.

102. This conspiracy is so deliberately engineered that they have even picked look alike for its participants.

103. These conspirators will carry this out against the plaintiff anywhere I travel or relocate to as that is the concept, causing irreparable harm & commercialization using shadow companies.

104. The video evidence is the ultimate proof of the plaintiff's innocence as is the continuous denial to investigate the plaintiff's conviction.

105. This evidence was engineered, filmed, and kept from the plaintiff until it suited the needs of one of the conspirators.

106. Ultimately this video proves the plaintiff's actual innocence and the true nature of the plaintiff's conviction.

## OBSTRUCTION OF JUSTICE

107. After discovering the new evidence the plaintiff made a civilian criminal complaint and delivered it to the Attorney General Eastern District personally on two separate occasions 11-21-16 @ 9a.m. and 11-28-16 @ 9a.m., please see exhibit 2.

108. This civilian criminal complaint was accompanied by a thumb drive of the newly discovered evidence, the above video.

109. The plaintiff has never been contacted about his complaint, the contents of his complaint or the fact that none of his phone calls were returned upon orders of an unknown person under the color of law.

110. The plaintiff has called the Attorney General Eastern District's Office on several occasions.

111. The Plaintiff called the Attorney General Criminal Complaint unit at 718-254-7000 and 718-254-6133 on several occasions.

112. The plaintiff has left voice messages for Ms. Phelps, and have spoken to Ms. Antoinette.

113. The plaintiff needs additional time to access his phone records, and provide dates and times of these phone calls.

114. The plaintiff also called the Attorney General Criminal Complaint Unit and was redirected to a retarded man who stated that he was an employee of the Attorney General's Office on 12-14-16, please see exhibit 3 conversation.

115. The conspirators and orchestrators of this conspiracy are using the plaintiff for their own entertainment and are disrespecting him and are being allowed to commit serious felonies in the process.

116. Redirection of phone calls, and the impersonation of any government employee is a felony.

117. Furthermore, this demonstrates that the plaintiff is being treated differently from the rest of the population that makes civilian complaints, and that the plaintiff is suffering from unequal protection of the laws.

118. The plaintiff believes that instead of enforcing the law as it is written the Attorney General's Office has deliberately decided to become part of the crimes being perpetrated against the plaintiff.

119. The plaintiff's obstruction by NY state authorities has been the key of this diss system that has become the law of the land instead of the USC Codes, Penal Codes, and CPL's.

120. Plaintiff has submitted several requests for NY State to review his two illegal convictions.

121. On 12-16-2016 the plaintiff submitted his petition to have his illegal conviction of 2-14-12 reviewed by the NYS DOC Executive Clemency Board, exhibit 4.

Plaintiff sited the fact that I discovered the video of the vacation operation on the British Virgin Islands Soggy Dollar Bar and provided several other exhibits demonstrating my actual innocence, exhibit 4.

122. Plaintiff received a letter from Director D. Fries of NYS DOC stating, "That pardons are only granted if there is overwhelming evidence of innocence", "Even then, consideration for a Pardon is not made if an individual has available adequate administrative or other legal remedies." exhibit 5.

123. NYS DOC has no interest in the review of this conviction, the new evidence or anything else that I have provided since several of their CO's and employees are on the video.

124. The plaintiff also sent a copy of exhibit 4 to the Governor Cuomo's Office, and I have received no response.

125. The plaintiff has also received the following Return Receipts from the NYS DOC and Gov. Cuomo's Office see exhibit 6.

126. Both Return Receipts contain two different names, but have the same type of signature.

127. This can only mean that the same group of people are handling the plaintiff's Pardon request.

128. It is no secret that the Governor's Office and NYS DOC are two of the most corrupt organizations in NY and are under constant Federal Investigation.

129. The Plaintiff submitted an additional two requests to review his conviction to the NY Attorney General's Office in the form of a complaint to the public integrity unit on 2-6-17 exhibit 7, and a Conviction Review Request 2-10-17 exhibit 8.

130. Both requests were denied by the NY Attorney General's Office, exhibit 9 denial from Public Integrity Unit and exhibit 10 denial from the Conviction Review Unit.

131. Both decisions were arbitrary, capricious, and corrupt.

132. Plaintiff believes that both decisions were not made by the appropriate personnel within the NY Attorney General's Office, and that both decisions were forged by persons claiming to be workers in the NY State Attorney General's Office.

133. Exhibit 10 the denial from the conviction review Unit is dated 2-15-17, five days after the plaintiff submitted his conviction review request.

134. Exhibit 10 states that the plaintiff should write to the Bronx and Jefferson County District Attorney's Office about the conviction review requests, this document contains no official signature and is not valid.

135. The state Attorney General's Office is allowing these forgeries and illegal decisions to be made to further the injustices done to the plaintiff and use him to racketeer.

136. The Jefferson County District Attorney General's Office does not have a Conviction Review Unit, and the Bronx District Attorney's Office has declined to allow the plaintiff access to this unit, siting that they are not familiar with that unit or the persons to contact.

137. The plaintiff has written two separate letters to these departments 2-26-17 asking for their policies and procedures about conviction reviews, see exhibit 11.

138. The plaintiff has received no response from either.

139. The plaintiff has also placed calls into the Bronx District Attorney's Office @ 718-590-2001 at 3:22 pm.

140. Plaintiff was told that they were unaware of the existence of such office and unable to inform me of whom to contact.

141. Please see exhibit 12 a job posting for a trial preparation assistant for the Conviction Integrity Unit dated 8-15-16.

142. Also please see exhibit 13 announcements from the Bronx DA Office dated 3-17-16 announcing that Gina Mignola will be appointed Chief of the Conviction Integrity Unit.

143. Plaintiff has also emailed the Conviction Review Unit of the NY State Attorney General's Office at convictionreviewunit@ag.ny.gov and has received no response, see exhibit 14.

144. The NY State Attorney General's Office has even switched personnel to deal with this matter.

145. These same personnel report directly to the coconspirators of this situation, and the plaintiff's phone calls have even been redirected on two occasions when he called the Conviction Review Unit of the NY State Attorney General's Office @518-776-2360 to personnel whom stated they worked for the Attorney General's Office.

146. The fact that the Bronx DA and the Jefferson County DA's Office refuses to cooperate with the plaintiff comes as no surprise to the plaintiff since the key to the whole system seems to be aimed at being combative or reactive towards the plaintiff.

NYPD, State, and others are tracking the plaintiff's every move, from mail, internet, email, Court motions, and even what I am typing on my laptop at this very moment.

147. The decisions that are being made by the various agencies are being done using the foreknowledge of what the plaintiff is doing to vindicate himself from the illegal convictions.

148. The State has also decided to continuously make these decisions to cover up the fact that they have awarded these coconspirators and wasted millions of dollars, and continue to make decisions based on a criminal act taking place around the plaintiff using his every move, communication, real life events, and court motions as a game of oppression.

149. 3-6-17 the plaintiff filed an Article 78 in NY Supreme Court for a Writ of Mandamus compelling the Attorney General's Office to review his illegal convictions.

150. The fact that the government remains indifferent to recognizing what is being done to the plaintiff through its failure to act is another form of setting illegal policies and procedures and allowing these same coconspirators and perpetrators of multiple crimes against the plaintiff to not only continue but heighten their frequency of violations.

151. There can be no acceptable excuse for the nonresponse of the Attorney General Eastern District to the plaintiff's civilian criminal complaint nor the string of illegal, arbitrary and capricious decisions that are clearly being made by NY state in order to hide their blatant criminal activities and racketeering, while using the plaintiff at the center of this criminal act that is designed to produce opportunities, overtime, employment, and money for the criminal actors, persons under the color of law, private individuals, confidential informants, and others

while signaling the plaintiff out each step of the way, placing him in large amounts of danger deliberately, spying on him, disseminating his private information to include legal motions, plots to have him entrapped, and using him for these individuals to obtain opportunities while oppressing, defaming, harassing, intimidating, practicing depraved indifference, and keeping him poor.

152. By not responding to the plaintiff it is condoning and enforcing these illegal customs and policies against the plaintiff.

153. This whole racket and scheme has depended on the illegal conviction of the plaintiff, the proof behind the conviction, an engineered storyline revolving around the ex-wife and the petitioner where she was given power, acknowledgement, and the plaintiff was vilified and defamed.

154. Furthermore, the plaintiff's ex-wife Cristina has been interviewed and has worked for Federal law enforcement, and has even been interviewed by Clear Channel, my ex parole officer Ms. Springer in Wesley Chapel, FL, and has been in every single area that the plaintiff has lived and worked in to include Staten Island.

155. The same conspirators who illegally convicted the plaintiff are now trying to keep him surrounded, subjugated, threatened, and have used the closest persons to him to ensure he would have nobody to depend on.

156. These same personnel are tracking every plaintiff's move; electronically and physically and then making appropriate illegal moves in various government offices such as the Eastern District Attorney General's Office, New York State Attorney General's Office, any other State & City Offices, and anything else the plaintiff does.

157. Plaintiff's continuous violation without being interviewed or receiving redress has become an economy for a few hundred individuals who are in collusion, and this is exactly why the plaintiff is never responded to.

## EQUAL PROTECTION OF THE LAWS

158. After discovering the new evidence the plaintiff made a civilian criminal complaint and delivered it to the Attorney General Eastern District personally on two separate occasions 11-21-16 @ 9a.m. and 11-28-16 @ 9a.m., please see exhibit 2.

159. This civilian criminal complaint was accompanied by a thumb drive of the newly discovered evidence, the above video.

160. The plaintiff has never been contacted about his complaint, the contents of his complaint or the fact that none of his phone calls were returned upon orders of an unknown person under the color of law.

161. The plaintiff has called the Attorney General Eastern District's Office on several occasions.

162. On 12-16-2016 the plaintiff submitted his petition to have his illegal conviction of 2-14-12 reviewed by the NYS DOC Executive Clemency Board, exhibit 4.

Plaintiff sited the fact that I discovered the video of the vacation operation on the British Virgin Islands Soggy Dollar Bar and provided several other exhibits demonstrating my actual innocence, exhibit 4.

163. The Plaintiff submitted an additional two requests to review his conviction to the NY Attorney General's Office in the form of a complaint to the public integrity unit on 2-6-17 exhibit 7, and a Conviction Review Request 2-10-17 exhibit 8.

164. Both requests were denied by the NY Attorney General's Office, exhibit 9 denial from Public Integrity Unit and exhibit 10 denial from the Conviction Review Unit.

165. Both decisions were arbitrary, capricious, and corrupt.

166. The Plaintiff is not being treated the same as other plaintiffs who file the same type of requests to the Attorney General Eastern District, Clemency Unit, or the New York State Attorney General's Office.

## RELIEF REQUESTED

A. Declaratory Relief:

1. Have the Attorney General's Office Eastern District issue a statement with the reasons and explanation for the delay.

2. Have the Attorney General's Office Eastern District issue a statement stating that the extra damage done to the plaintiff due to the delay is unacceptable.

3. Have the persons that the plaintiff has known in the video issue a statement about their participation.

4. Have the NY Attorney General's Office issue a statement about their position on the video and why my conviction was not properly investigated.

5. Have the NY Attorney General's Office issue in writing their official policies and procedures on Conviction Reviews, and their official view on why Jefferson County DA does not have a Review Unit.


B. Corrective Actions:

1. Order a full investigation into the Plaintiff's Civilian Criminal Complaint.

2. Judicial Review of Court file and lack of response to the Civilian Complaint Review.

3. Order the investigation of the plaintiff's illegal conviction and civil rights action by the appropriate agency.

4. Order the response and cooperation of correct Federal Agency with the plaintiff.

5. Order the correct Federal Agency to investigate and review the NY State Attorney General's Office Conviction Review Policies and Procedures.

6. Investigate and charge the conspirators in the newly discovered video evidence.

7. Order the conspirators whom I have identified in the video to provide all the information they can about the events leading up to and after the vacation/operation on the British Virgin Islands.

8. Prosecute the agent or person who was responsible for redirecting the plaintiff's phone call of 12-14-16 to the retarded man who clearly did not work for the Attorney General.

9. Have all the Jefferson County personnel that were in the Court on 2/28/12 issue statements on what happened that day.

10. Have Rick Moore or anyone else with video footage, pictures, or any other evidence provide it to the appropriate investigative body.

11. Order the appropriate Federal Agency to investigate the plaintiff's false arrests, incarceration, malicious prosecution, prison incarceration, and all events since his release.

12. Order the appropriate agency to fully cooperate and work with the plaintiff in obtaining Justice.

C. Award Compensatory damages in the following amounts:

1. $10,000 from all defendant's that I have identified in the video.

2. $10,000 from all the defendant's and coconspirators that I have not identified in the video.

3. $10,000 from all named Jefferson County personnel named as defendants.

4. $50,000 from the unknown agents who break the law to embarrass and defame the plaintiff.

**WHEREFORE,** Eric Andrew Perez prays for judgment in his favor and damages in his favor against all defendants in an amount sufficient to compensate him for the pain and mental anguish suffered by him due to the deliberate indifference and intentional actions of the defendants, but in not less than 150,000 together with attorneys' fees, mail & postage, and other costs the plaintiff has incurred, and such additional relief as the Court may deem just and proper.

Respectfully Submitted,

Eric Andrew Perez
PO BOX 40965
Staten Island, NY 10304
347-831-8299

3-10-17   EAP

## EXHIBITS

1. Sentencing Minutes Indictment 11-454 Jefferson County Supreme Court.
2. Civilian Criminal Complaint 11-21-16 and 11-28-16 Attorney General's Office Eastern District
3. Conversation with person who claimed to be employee of the Attorney General's Office Eastern District 12-14-16.
4. Pardon Paperwork Submitted to Clemency Board NYS DOC 12-16
5. Pardon Response Executive Director Clemency Review Board D. Fries.
6. Return Receipt's Executive Clemency Board and Gov. Cuomo's Office
7. Complaint Public Integrity Unit 2-6-17.
8. Conviction Review Unit Brief 2-10-17.
9. Denial Letter Public Integrity Unit 2-14-17.
10. Denial Criminal Conviction Review Unit 2-15-17.
11. Letters to Bronx and Jefferson County DA about reviews.
12. Job Posting for Conviction Review Bronx 8-15-16.
13. Announcement Bronx DA Office stating heads of the Departments and the Conviction Review Unit.
14. Emails from Plaintiff to Conviction Review Unit.

## ADDRESS DEFENDANTS

Robert L. Capers, Attorney General Eastern District, US DISTRICT COURT EASTERN DISTRICT 271 Cadman Plaza East Brooklyn, NY 11201
Ms. Antoinette Attorney General's Office Eastern District, US DISTRICT COURT EASTERN DISTRICT 271 Cadman Plaza East Brooklyn, NY 11201
Ms. Phelps, ADA Eastern District, US DISTRICT COURT EASTERN DISTRICT 271 Cadman Plaza East Brooklyn, NY 11201
Cindy F. Intschert, Attorney General Jefferson County, 175 Arsenal Street Watertown, NY 130601.
Frank Seminerio, ADA Jefferson County, 175 Arsenal Street Watertown, NY 130601.
Mr. Neddo, Attorney Jefferson County, 230 Franklin St, Watertown, NY 13601
Sheriff Burns, Sheriff Jefferson County, 753 Waterman Drive, Watertown, NY 130601
Deputy Mezacola, Jefferson County Sheriff's, 753 Waterman Drive, Watertown, NY 130601
Judge Todd, 317 Washington St, Watertown, NY 13601
John Doe, Court Officer Jefferson County, 317 Washington St, Watertown, NY 13601
John Doe, Court Officer Jefferson County, 317 Washington St, Watertown, NY 13601
Richard M. Space, Jr., 333 East 43 St, Apt 321 New York, NY 10017
Erin Bartel, Unknown
Gina Suarez, 4709 30 st #300 LIC, NY 11101
Cristina DeLeon Acosta, Unknown
Mr. Acosta, Unknown

John Doe employee of Neustar Incorporated, 21575 Ridgetop Circle Sterling, VA 20166

Rick Moore, Owner and Captain of Sophisticated Lady Charter Boat, www.ambientrealife.com/ Facebook Sophisticated Lady

Unknown members of the SID, DOD,

John Doe NYS Correctional Officers, NYS DOC, 1220 Washington St Harriman State Campus Bldg. 2 Albany, NY 12226-2050

Anthony J. Annucci, Commissioner NYS DOC, 1220 Washington St Harriman State Campus Bldg. 2 Albany, NY 12226-2050

Donald D. Fries, NYS DOC Executive Clemency Board, 1220 Washington St Albany, NY 12226-2050

Eric Schneiderman, Attorney General NY, 120 Broadway, 24th Floor New York, NY 10271

Alvin L. Bragg, AG Social Justice, 120 Broadway, 24th Floor New York, NY 10271

# EXHIBITS

# EXHIBITS 1



JEFFERSON COUNTY DISTRICT ATTORNEY'S OFFICE
Jefferson County Office Building, Seventh Floor
175 Arsenal Street
Watertown, New York 13601
Telephone: (315) 785-3053
Facsimile: (315) 785-3371

District Attorney
Cindy F. Intschert

Assistant District Attorneys
Rodney Kyle
Walter Jeram
Nicole Kyle
Harmony Healy
Sean R. Starling
George Shaffer, III

of Assistant
styss S. Mills

for Assistants
icki Dziuba
uo D. Carr

November 21, 2012

Honorable Frances Cafarell
Clerk of the Court
Appellate Division, Fourth Department
50 East Avenue, Suite 300
Rochester, New York 14604

Re:   People v. Eric Perez – CPL 460.15 Motion
      KA 12-02078
      Jefferson County Index #11-2419

Dear Ms. Cafarell:

Please find enclosed a second copy of each of the plea and sentence minutes in the above captioned matter for the Court's consideration. We also enclose an affidavit of service of a copy of these minutes upon the defendant.

Thank you for your consideration and assistance in this matter.

Sincerely,

Cindy F. Intschert
Jefferson County District Attorney

Encs.

cc:   Eric Perez w/ enc.
      DIN #12-B-0676
      Coxsackie Correctional Facility
      P.O. Box 999
      Coxsackie, NY 12051-0999

---

THE STATE OF NEW YORK
COUNTY OF JEFFERSON                    COUNTY COURT
------------------------------------------------
THE PEOPLE OF THE STATE OF NEW YORK,
                                       DIN #
                                       NYSID # 9232049R
        -against-                      Indictment  # 11-454-11
                                       Index # 11-2419
ERIC PEREZ,
                          Defendant.
------------------------------------------------

SENTENCE held on February 28, 2012 at the Jefferson County Court Complex, 163 Arsenal Street, Watertown, New York 13601.

B E F O R E :      HONORABLE DONALD TODD,
                   Acting County Court Judge

A P P E A R A N C E S :

For the People:    CINDY F. INTSCHERT
                   Jefferson County District Attorney
                   175 Arsenal Street
                   Watertown, New York 13601
                   BY:  FRANK SEMINERO, ESQ.
                   Assistant District Attorney

For the Defendant: DOLEO & NEDDO, P.C.
                   230 Franklin Street
                   Watertown, New York 13601
                   BY:  ANTHONY M. NEDDO, ESQ.

Reported by:       Wendy L. Barnett, RPR, CRR
                   Official Court Reporter

WENDY L. BARNETT, RPR, CRR

---

2

(People v Perez  -  Sentence)

1        THE COURT:  Next case.

2        MR. NEDDO:  I have Mr. Perez.

3        THE COURT:  Okay.  This is the People

4  versus Eric Perez, matter is on for sentence today.

5  Mr. Seminerio, any victims that wish to be heard?

6        MR. SEMINERIO:  None that are present, Your

7  Honor.

8        People would move sentence.  I have had the

9  opportunity to speak with the victim in this matter,

10 which is Christina Perez, and she has requested a

11 stay-away Order of Protection be made permanent at the

12 time of sentence.  The People leave sentence to the

13 Court otherwise in accordance with the terms that we

14 have outlined previously, which I believe to be one and

15 a half to three years indeterminate, and this plea will

16 satisfy all of the defendant's misdemeanor charges

17 currently pending in Jefferson County.

18       THE COURT:  Did you hear that, Mr. Neddo

19 and Mr. Perez?

20       MR. NEDDO:  No, Judge, I didn't hear what

21 Mr. Seminerio said, but I'm sure --

22       THE COURT:  The promise is one and a half

23 to three.  Note that at the last court appearance,

24 without objection, the special information was amended

25 to also be a Second Felony Offender statement and your

WENDY L. BARNETT, RPR, CRR

---

3

(People v Perez  -  Sentence)

1  defendant, or your client had admitted to that, thus

2  justifying my finding him to be a second felon and

3  increasing the potential minimum sentence that could be

4  imposed, correct?

5        MR. NEDDO:  That's correct, Judge.

6        THE COURT:  Okay.  Have you had the

7  opportunity to review the presentence investigation?

8        MR. NEDDO:  I have reviewed it at length,

9  Your Honor.

10       THE COURT:  Any errors?

11       MR. NEDDO:  No objections or errors.

12       THE COURT:  Do you wish to be heard further

13 on this matter?

14       MR. NEDDO:  No, Your Honor.  I would ask

15 that the Court sentence Mr. Perez consistently with our

16 agreement.  I do believe the minimum mandatory sentence

17 is one and a half to three years indeterminate.

18       THE COURT:  Okay.  Anything you want to

19 say, Mr. Perez?

20       THE DEFENDANT:  Your Honor, I have been

21 through hell in this jail.  I have been off my

22 medication for eight months, but yet I have paperwork

23 in my hands that when I was admitted into the jail that

24 says that I was supposed to be on medication.  That

25 they have me down as bipolar and had an escape attempt

WENDY L. BARNETT, RPR, CRR

---

**4**

(People v Perez  -  Sentence)

1  in 2001.

2  And at the time that I pled guilty -- I'm

3  not even in the right state of mind right now, like I

4  have been trying to get out of this jail, you know what

5  I'm saying?  I have been denied classification, phone

6  calls, treated like an animal, locked in my cell 23

7  hours a day.  They are running a circus around me, and

8  it is like, I don't even know what's going on at this

9  point.

10  THE COURT:  You don't?  You were pretty

11  well aware of what was going on just two weeks ago.

12  THE DEFENDANT:  Yes, sir.

13  THE COURT:  When we discussed the fact that

14  you would be -- when you pled to Criminal Contempt in

15  the First Degree, upon my promise that I would get you

16  out of there by sentencing you to state prison, okay,

17  you are going to be out of there within, under the law,

18  it is supposed to be within 10 days they are supposed

19  to come pick you up, okay.

20  As far as what medication, I can't control,

21  but I'm sure that the Department of Corrections will

22  ensure that you get whatever proper medication you

23  should receive.

24  We had talked, if you remember, as well,

25  about the fact that this -- that you are not eligible

WENDY L. BARNETT, RPR, CRR

---

**5**

(People v Perez  -  Sentence)

1  for some programs, not because of your -- you are a

2  violent person, but because of the nature and the name

3  of the prior conviction, okay.  So you knew what was

4  going on then, right?

5  THE DEFENDANT:  It is just, I just felt

6  like, like I was forced into taking a deal just so I

7  could get out of that jail, because I'm a target of the

8  whole jail, do you understand?  Like for some strange

9  reason, I have all 200 inmates and everybody else like

10  orchestrating this whole thing against me and talking

11  about my kids' names are in there mouth, you know what

12  I mean?  Christina, Felicity, Alicia.  We are going to

13  kidnap your kids if you go to trial, this, that and the

14  third.

15  This is not a regular case, you know what

16  I'm saying?  Something is going on other than, other

17  than Eric Perez having been charged with Contempt in

18  the First.  Do you understand what I'm saying?

19  THE COURT:  Are you asking me to let you

20  withdraw your plea and start over?

21  MR. NEDDO:  No.

22  THE COURT:  Even though that you might end

23  up facing more serious charges?  Is that what you are

24  asking me to do?

25  THE DEFENDANT:  No.  I mean, I'm just

WENDY L. BARNETT, RPR, CRR

---

**6**

(People v Perez  -  Sentence)

1  saying that, you know what I mean, like I just don't

2  understand like why all the fuss over Eric Perez in

3  Jefferson County Jail, why he has to be vic or a perv.

4  THE COURT:  Well, we are getting you out of

5  Jefferson County Jail.

6  To the extent if what you have said to me

7  can be considered as an application to withdraw your

8  plea, I'm going to deny that.  It is quite clear that

9  as we went through two weeks ago that you told me that

10  you wanted to do this, we went through all of your

11  rights, we discussed the whole Second Felony Offender

12  and the violent felony conviction as denominated by the

13  legislature.

14  You told me that you did this because --

15  you pled because you wanted to do that, that nobody had

16  threatened you, that you were satisfied with

17  Mr. Neddo's services.  So I'm going to deny your

18  application to withdraw your plea.

19  MR. NEDDO:  Your Honor, I apologize.

20  THE DEFENDANT:  I'm sorry, Your Honor, yes,

21  Your Honor, I understand that.  But I'm just saying

22  that.  You know what I'm saying?  Like if I was just

23  any regular inmate, I would be getting my mail, you

24  know, I would be getting phone calls.

25  THE COURT:  I don't want to address the

WENDY L. BARNETT, RPR, CRR

---

**7**

(People v Perez  -  Sentence)

1  issues of the Jefferson County Correctional Facility.

2  What I'm going to tell you is within 10 days, you are

3  not going to have that problem, because you are not

4  going to be there, okay.

5  So based upon your conviction and based

6  upon your status as a second felon, I'm going to

7  sentence you as promised, to one and a half to three

8  years in the -- under the supervision of the Department

9  of Correctional Facility, I'm going to enter an

10  absolute no contact Order of Protection for you to have

11  no contact with the victim for a period of 10 years

12  from February 14th of this year.  There is a $325

13  Court surcharges.  I have indicated to you that I will

14  waive the DNA of $50.  So they will collect the

15  surcharge and while you are in prison, out of any

16  earnings, then you will have to pay any balance off

17  when you get out.

18  Anything further today, Mr. Seminerio?

19  MR. SEMINERIO:  No, Your Honor.  Thank you.

20  THE COURT:  Mr. Neddo, anything further

21  today?

22  MR. NEDDO:  No, Your Honor.

23  THE DEFENDANT:  It is just that, Your

24  Honor, like there has been people's names in my past,

25  you understand what I'm saying?  That I have, you know,

WENDY L. BARNETT, RPR, CRR

8

```
 1   maybe hung around with or whatever that are in inmates'
 2   mouths, that there is no possible way that they could
 3   know that I associated with X, Y, Z except for somebody
 4   to be in, you know what I'm saying, in like, telling
 5   them like who I used to hang out with or whatever was
 6   going on, you know what I mean?
 7        I feel like I'm a victim.  I'm being
 8   sacrificed so everybody else can be on the outside,
 9   living and getting their paychecks for being snitches,
10   and I'm sitting here, I'm going up for -- and I'm
11   totally -- I'm not going to say I'm totally innocent,
12   but I shouldn't have had to suffer eight months of, you
13   know what I mean, this type of treatment, you know,
14   voices in the wall and this and that and the third.
15   And it is like, you know, like why, why all the mess?
16   You know what I mean?  Like it doesn't even, like it is
17   not even making sense to me at this point, you
18   understand what I'm saying?  Like at the end of the
19   day, I'm not being disrespectful to you or the Court,
20   but at the end of the day, I'm the one that has to do
21   the time.  I'm the one that is being sacrificed here.
22   Do you understand?  And I'm not the one, I'm not the
23   one that at the end of the day, I'm not the one that
24   was doing anything illegal, except for what I did do.
25   I'm a caring and loving father.  I love my children.
```

9

```
 1        THE COURT:  That's what I sentenced you
 2   for, sir.  I'm not going to sentence you for anything
 3   you didn't do.  You are being sentenced for what you
 4   acknowledged having done, and that's what's happening,
 5   you acknowledged that you committed the crime of
 6   Criminal Contempt in the First Degree by striking your
 7   wife in violation of an Order of Protection.  That's
 8   the only thing I'm sentencing you for.  I'm not
 9   sentencing you for who you may have hung around with
10   and who your friends are, because I don't have the
11   faintest idea who they are, nor do I have any care.
12        I'm sentencing you for what you were
13   convicted of, and with that, the proceedings are
14   adjourned.  All right.  Any other matters on for today
15   besides Mr. Hallett's cases?
16        MR. NEDDO:  Judge, I'm having him execute
17   the orders of protection.
18        THE COURT:  Anything further?
19        MR. NEDDO:  No, Your Honor.  Thank you,
20   though.
21             *         *         *
22
23
24
25
```

10

```
 1
 2
 3
 4
 5
 6            C E R T I F I C A T I O N
 7
 8
 9        I, WENDY L. BARNETT, RPR, CRR, Official Court
10   Reporter and Notary Public in the County of Jefferson, State
11   of New York, do hereby certify that the foregoing is a true
12   and accurate transcript of the proceedings held on
13   February 28, 2012.
14
15
16        _____
17        WENDY L. BARNETT, RPR, CRR
          Official Court Reporter
18
19
20
21
22
23
24
25
```

# EXHIBITS 2

Eric Andrew Perez
PO BOX 40965
Staten Island, NY 10304

Eric Andrew Perez
69 Prince Street
Staten Island, NY 10304

United States Attorney's Office
Eastern District of New York
Attn: Criminal Intake Unit
271 Cadman Plaza East
Brooklyn, NY 11201

11-21-16

RE: Civilian Crime Report Civil Docket 1:16 – cv – 05794 – MKB – LB

I, _____, have received Eric Andrew Perez's Civilian Criminal Complaint and in accordance with all Federal Laws and procedures will hand the Complaint which consists of a Cover letter 1 page, 9 page complaint, 6 page letter to Judge Brodie, and 4 page schematic for a total of 20 pages. I have received Mr. Perez's complaint and will personally hand the complaint to the appropriate Assistant Attorney General from the Eastern District in accordance with all laws and procedures.

Sincerely,

United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

11/21/16   rec   9:00 am

Eric Andrew Perez
PO BOX 40965
Staten Island, NY 10304

United States Attorney's Office
Eastern District of New York
Attn: Criminal Intake Unit
271 Cadman Plaza East
Brooklyn, NY 11201

11-28-16

RE: Civilian Crime Report Civil Docket 1:16 – cv – 05794 – MKB – LB

I, _____, have received Eric Andrew Perez's Civilian Criminal Complaint and in accordance with all Federal Laws and procedures will hand the Complaint which consists of a Cover letter 3 pages, 9 page complaint, 6 page letter to Judge Brodie, and 4 page schematic for a total of 22 pages. I have received Mr. Perez's complaint and will personally hand the complaint to the Criminal Complaint Unit Eastern District Attorney General's Office in accordance with all laws and procedures.

Sincerely,



United States Attorney's Office
Eastern District of New York
Criminal Intake Unit
Criminal Division

## Civilian Crime Report

The U.S. Attorney's Office represents the Government in legal proceedings and works closely with investigative agencies including the FBI. The Criminal Division of the United States Attorney's Office is charged with enforcing the federal criminal laws within the Eastern District of New York, which encompasses three of the boroughs of New York City (Brooklyn, Queens and Staten Island), and both suburban counties on Long Island (Nassau and Suffolk County).

| Person Completing This Report: | Person/Entity Being Complained About: |
|---|---|
| **Eric Andrew Perez** | **Known & Unknown Def Lawsuit** |
| Name | Name |
| **PO BOX 40965** | |
| Address | Address |
| Address (Line 2) | Address (Line 2) |
| **Staten Island, NY**    **10304** | **NY, FL, other** |
| City, State          Zip | City, State          Zip |
| **Richmond**    **3478741280** | |
| County          Phone | County          Phone |

Although the volume of information we receive from concerned members of the public prevents us from responding individually to every Report, be assured that we will carefully consider the information you have provided us to determine whether there is a matter for this Office to investigate. If we determine that your Report raises a matter within the jurisdiction of this Office to investigate and that further information from you is necessary for our investigation, you will be contacted. This Office does not resolve individual consumer complaints.

NATURE OF ALLEGED CRIMINAL VIOLATION(S):

- [✓] Healthcare/Medicare Fraud
- [ ] Tax Fraud
- [✓] Terrorism/National Security
- [✓] Internet Fraud
- [✓] Public Corruption/Fraud/Waste
- [✓] Organized Crime
- [✓] Corporate Fraud
- [✓] Drugs
- [✓] Computer Crimes/Hacking
- [ ] Environmental Crime
- [✓] Human Trafficking (for sex or forced labor)
- [✓] Child Pornography/Exploitation
- [✓] Mortgage/Bank/Credit Card/ATM Fraud & Identity Theft
- [ ] Securities Fraud
- [ ] Other (please explain)

Does this Report Pertain to an Ongoing Case?   [✓] Yes   [ ] No   [ ] Not Sure

If Yes, Please Provide the Following Case Information:   **Civil Rights Law Suit Eastern District**

Case Title and Docket Number (if known): **1:16 - cv - 05794 - MKB - LB**

Please clearly describe the violation of federal criminal laws that you would like to bring to our attention. Include as much information as possible, including the dates, places and nature of incident, and contact information for any witnesses (do not send original documents):

**The violations and parties to this suit are too numerous to list in this form so I have attached the supplemental Declaration, Letter to the Judge, and documentation.**

1

Are You a Victim of this Alleged Crime?          Are You Aware of Any Other Victim(s)?

☐ Yes      ☐ No      ☐ Not Sure          ☐ Yes      ☐ No      ☐ Not Sure

If Yes, Please List Other Victim(s): ~~████~~-Perez, ~~███~~a Perez

Are You Represented by an Attorney in this Matter?      ☐ Yes      ☐ No

If Yes, Please Provide Attorney Contact Info:

Name: **I have applied for appt Counsel**          Phone:_____

Address:_____

Have You Filed a Lawsuit Concerning this Matter?      ☑ Yes      ☐ No

If Yes, Please Provide the Following Case Information:

Case Title and Docket Number: **1:16 - cv - 05794 - MKB - LB**

Name and Address of Court: **Eastern District Court 225 Cadman Plaza East Bklyn, NY 11201**

Status of Court Case (pending, dismissed, settled): **IFP Pending, Counsel Pending**

Have You Previously Filed a Report about this Matter with this Office or Any Other Federal, State or Local Agency(s)?

☑ Yes      ☐ No      If Yes, Date Filed: **10-20-16**

Contact Person: **NA**          Agency: ~~███~~

Status of Previous Report: **NA I am being ignored and censored have not made contact.**

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that all of the foregoing information is true, correct and complete to the best of my knowledge, information and belief.

Signature: _~~Eric Perez~~_          Executed on this Date: **11-18-16**

---

## IMPORTANT NOTE REGARDING THE PRESERVATION OF YOUR LEGAL RIGHTS:

Submitting a Report to this Office has no effect on any statute of limitation that might apply to any claim you may have. By submitting a Report to this Office you have not commenced a lawsuit or other legal proceeding, and this Office has not initiated an investigation or lawsuit regarding the subject of your Report. If you believe that your rights have been violated and you seek to sue for money or other relief, you should contact a private attorney.

---

Mail this completed report to:          United States Attorney's Office
                                        Eastern District of New York
                                        Attn: Criminal Intake Unit
                                        271 Cadman Plaza East
                                        Brooklyn, NY 11201

2

Eric Andrew Perez
PO BOX 40965
Staten Island, NY 10304

Eric Andrew Perez
69 Prince Street
Staten Island, NY 10304

United States Attorney's Office
Eastern District of New York
Attn: Criminal Intake Unit
271 Cadman Plaza East
Brooklyn, NY 11201

11-18-16

RE: Civilian Crime Report Civil Docket 1:16 – cv – 05794 – MKB – LB

Dear Honorable Sir or Madam:

The facts of this Declaration and statement are already known to Federal, State, and local authorities and in fact has become the unofficial policy of the United States government towards the plaintiff.

The first policy that I am going to make the Attorney General's Office of the Eastern District aware of is the fact that I am being treated differently than any United States citizen in every way. It is a well-known fact that I have no Constitutional Rights as a naturally born US Citizen and Honorably discharged Marine. This is not because I have two illegal felony convictions, and the categorization of my felonies does not warrant any of the extreme treatment that I have received

This is because I am being treated as an inanimate object who does not exist to an official government office and is never to be recognized by anyone. I am going to describe the scheme at hand that I am being used for and the methods used to carry this out, and enforcing a sick, sadistic, primitive, fascist, and illegal system that labels people as females even though they have male genet ilia, little girls does & cocksuckers, and other sick offenses.

- This Declaration is going to proceed in chronological order. This is an ongoing criminal conspiracy orchestrated against the plaintiff.

### Exhaustion

I have filed three separate civil rights complaints to the Department of Justice. I have logged complaints with the FTC, FCC, FBI, and Inspector General's Office. I have filed civil rights complaints to the New York State Attorney General's Office. I have filed a Civil Rights Lawsuit in N. District. I have taken over 1,000 photographs and recorded over 1,000 hours of radio programming. I have I have filed complaints with the governor's and Senator's Office. I have filed complaints with the NYPD Department of Internal Affairs. I have written 25 letters to New York State Child Services informing them of this. I have done everything humanly possible to stay alive and seek correction of this created situation.

observed operating in an 8-block area of my apartment. Many of these groups consist of persons from Arab nations. These people have beards, are dark skin, and have used my torture as a way of creating opportunities for themselves. They have affiliations with several rap labels and artists with terrorist ties such as Immortal Technique who reports to DARE and who I have seen working with the Jefferson County Sheriff's Dept.

After being discharged from the Marine Corps in 1996 I worked at DEP as a customer service rep and a water use inspector trainee. I developed a condition called bursitis and had to receive cortisone injections in my heal. I believe the podiatrist also injected something into my heals, because I also receive phantom pains in my toes.

These phantom pains are supposed to represent the amputation of toes and the breaking of feet. The plaintiff has never had access to any of this information orc the location of these devices within in.

2000 The last stage of implantation occurred in a mental institution, New York Presbyterian or Creedmoor. I was heavily sedated and a device was implanted behind my right eye up through the frontal lobe of my brain into my right inner ear, and down through my throat and into my heart.

Again, the plaintiff never consented to this and was never informed. The only way that I found out what was in my head was through an unexpected series of events that have taken place in this past year. The last event that put the whole picture together for me was the fact I was nearly blinded while I was running on a treadmill in Crunch Gym on Bay St in Staten Island, and this event was coordinated and occurred upon the release of Phora's track Sinner that makes references to, "the Reverend making you blind" and "Why they loved everyone else except him".

While I was running on the treadmill a pretty, well dressed female walked into the gym holding a car alarm fob, and had a brief conversation with the front desk clerk Jana. During the conversation, the woman pressed the button on the car alarm fob and I saw a blinding flash of light behind my right eye. I would like to stress the fact that I saw the flash of light behind my right eye. I almost stumbled on the treadmill, but I did not want them to know that the device worked.

My right eye is my shooting eye. The persons who engineered all of this had to know what was placed behind my eye, and had to have the technical proficiency and knowledge to design and manufacture such a device, they had to know my lōcation and address and had to have all the other logistics worked out for that 10 minutes.

This device was also passed around to several different people on several different occasions who attempted to blind the plaintiff on his way home and again in his apartment.

The plaintiff obtained employment at Blink Fitness 125 Park Ave in June of 2016. All Blink Fitness gyms are in the basements of buildings in Manhattan. This building is located across the street from 42nd Street Grand Central Terminal.

The gym comes equipped with some high-tech surveillance and listening devices as well as devices that are able to emit the same high frequency pulse as the car alarm fob. The What this amounts to is a calculated plot to Kill and maim the plaintiff. The plaintiff was having a conversation about Immortal Technique in the third person with my manager Jamella and Deandre. My client Cindy came in for her training session. During the session, I saw that flash of light and became dizzy.

This could only mean that this is not a regular gym and was being used as some sort of high tech torture chamber.

These Rat Artists I mean Rap Artists who are participating or have participated have driven past my apartment. This means the same agents, artists, record labels, and cops have coordinated this against the plaintiff on three separate continents. The lists of these artists are expansive and include almost anyone you can think about. Also, the plaintiff was placed into this neighborhood in Staten Island by the NYC Dept. Housing by certain persons to facilitate all of this to include the carrying out of the scripts and scenarios by certain crews.

1 – Human Experimentation – Performed by the CIA, MIA, NYPD, Military, and other shadow agencies that have been constant, adaptive, and ever evolving since I have been declared an enemy of these agencies and who have no law enforcement authority. These experiments have been used to inflict increasing levels of pain, defamation, harassment, and classism. They are increasing in frequency and becoming more retaliatory due to my lawsuit, and has to do with 59'ing a geographic area which is not something that is legally enforceable so it is done other ways. (59 is a set of the Crips that allows homosexuality) I do not belong to any gang or threat group and am a heterosexual male.

I have undergone several rounds of experimentation in the form of surgical implantation and several rounds of illegal experimentation to cause pain in my body without my knowledge or consent.

Upon my birth a device was placed in my abdomen under the guise of a hernia operation. I have only been made aware that there was something implanted in my groin and abdomen after experiencing a combination of pain in my abdomen and sensations of arousal in my groin after being exposed to certain cellular frequencies.

There were also two bb sized implants put into my left and right wrists as well as my left and right rib cages between my 4th & 6th rib. The plaintiff was only able to discern this after feeling phantom pains in his fingertips, writs, and rib cage.

The plaintiff was also pepper sprayed and then punched in his right rib cage by Deputy Schneider while incarcerated in Jefferson County Jail. This is a tactic taught to correctional personnel to induce suffocation. I was punched in my right rib cage because the Deputy was informed of what had been implanted in it.

The basic premise behind these implants is that they are supposed to represent injuries such as mock execution by lethal injection, cutting off trigger fingers, slitting of wrists, and breaking of ribs. These injuries correspond with carefully written lyrics in Hip Hop songs and waves of entertainment, law enforcement, and other shadow personnel that travel thorough and occupy this area in waves.

These waves depend upon the carefully orchestrated schedule of radio stations, Album releases, written scripts; schedules, and sometimes just for sick sadistic pleasure of the persons orchestrating. Due to the lengthy prison sentences that one could receive for such acts hundreds if not thousands of personnel are involved to cover for one another, and the plaintiff is ignored.

Some of these experiments are conducted in mass orchestration and some are locally conducted by the day, religion, and other shadow agencies.

August, 1995 I entered United States Marine Corps boot camp in Paris Island, SC. Under the guise of receiving inoculations two more implants were injected into my right and left shoulder. To my knowledge and from what I can discern these implants are used as locators and to simulate phantom pains in my upper extremities. They are also used by the day and others to simulate stinging sensations in various parts of my body.

I have felt various stings in the back of my neck, forehead, buttocks, neck, back, legs, and other parts of my body at times as part of some sort of game engineered by this company and whoever was given access to the plaintiff's files and thousands of other veterans. Again, persons with affiliations to shadow groups such as MIA, ICL, and the CIA have created a game where they pretend to bow darts out of a dart gun at the plaintiff and others and then send a txt message to someone who sends out an RF signal to that implant or a combination of implants.

I also believe that they have developed a cell phone App that accomplishes this and even allows them to pick the spot of the body. These experiments are run locally from St. Anthony's Psychological Hospital here in Staten Island and even locally by terrorists and other seditious groups that I have observed operating in the area.

These groups are operating in conjunction with Defy Ventures Cat Hoke, workers from Grovo who are computer hackers, Coss Marte & the NYPD, DARE, Nyack, and other terrorists who I have

Instead, of thinking of these implants and experiments as a totally unplanned series of events, I contend that this was always the intended use of the plaintiff and that this has been going on for at least 50 years before the birth of the plaintiff. The plaintiff's constant abuse and torture is the key to this scheme.

2. Conspiracy to Murder – To his knowledge the plaintiff is the target of an orchestrated government, police, entertainment industry assassination attempt that is being orchestrated by a combination of shadow agencies, NYPD, NYS Department of Corrections, and radio stations. This company is following the faceless enemy doctrine which means that they are spreading rumors and making noise to be able to distract investigators who are actively participating in this conspiracy to begin with. This company keeps the plaintiff surrounded with his enemies who remain nameless and unidentifiable to him.

This company has its own set of codes, specialized language, customs & policies, imagery, and tactics that they deploy against its targets such as myself. I am under surveillance for 24 hrs. a day 7 days a week by several different groups who are involved in seditious illegal activity as well as law enforcement agencies who refuse to enforce the law as it is written to carry out an illegal system that allows them to perpetrate crimes against its citizens.

Incorporated with this scripted murder conspiracy is the terminal commercialization of my life which means to make someone famous without having any of the perks of being famous such as notoriety, respect, money, popularity, woman, and fame. Instead, my life is commercialized through illegally pointing me out in every populace I have lived in and adding elements of fame such as television, radio, ads, and another media without acknowledging the plaintiff.

Every aspect of his life is disrespected and the plaintiff is always talked about in the third person on the radio, television, media, ads, and every other way. You can see evidence of this in everywhere. The plaintiff's unwarranted invasion of privacy is used in conjunction with the manipulation of his populace against him to facilitate his murder through setting up certain scenarios.

This has been the case in mass as I have been systematically targeted by this company on three separate continents and by terrorists' groups under the guise of several hundred illegal sting operations by the various groups and law enforcement. Also as part of this ever-evolving conspiracy is a live discovery of facts that have been uncovered by various participants and groups who are attempting to climb the ranks of this company.

The live discovery happens at times on the radio and television and these facts are ignored by law enforcement who instead set up more entrapment schemes and stings. The plaintiff is kept under a constant state of danger or threats of orchestrated danger to provide roes, payments, gifts, shelter, overtime, trips, and gifts placated off pre-engineered situations.

Another part of this terminal commercialization and disrespect is the fact that these situations are scripted in popular music and hip hop. Undisputable facts about how this came about and who is responsible and life situations are engineered into music and then carried out by the various shows, stations, and participants. Every single member of my family, everyone I have ever known, and every person that I will come to know is participating in this and this has been a tactic of this company to isolate the plaintiff. What these people do is spread rumors and disseminate information disfavor able to the plaintiff and favorable to themselves.

There were also two separate murder attempts that the plaintiff survived while in the custody of NYS DOC to include the poisoning of my medication to facilitate my heart attack.

To my knowledge my sister's murder attempt was facilitated using the same tactics. She visited an abortion clinic last year and almost lost her life. Due to the live discovery, the hip-hop music of Big Sean who is a Dead Right supposedly, and the fact that her ex-boyfriend who is a Blood cut her 3 yrs. ago. The rumors are that her death was prearranged by the same doctors who murdered my mother and that an NYPD cop by the codename of Me was in the operating room after the botched procedure.

The murder of my children was also plotted by this company and their abuse was scripted in popular Hip Hop songs by Immortal Technique, stating that we have your kid's names and pictures and that I'll break a thermometer and force feed your kids mercury. My children were deliberately abused and were pulled out of school, given lice, and systematically targeted by this company as well.

This company scripted out the molestation, assaults, and date rape of my daughters as well. Funk Master Flex and the rest of the radio station personalities ranging from Drew Gerrabo in Tampa to NYC have targeted my daughter and engineered various ways to deflower my 18-year-old daughter. They also stalked my daughter on her way home from school. I believe there was a time she was pulled out of school. I also believe that the terrorists who have deliberately targeted the plaintiff were sent after my eldest daughter Alexandra. Since she is a kind lovely person she was entrapped and placed in danger. To make things worse her piece of shit step father Jason Tolentino who was supposedly killed by his brother is still alive.

3. Murder – My mother was murdered by a doctor in Queens Booth Memorial Hospital while performing a kidney biopsy. An independent autopsy was performed and it was determined that she suffered a heart attack during the procedure. This was not the case. At the time my father was on trial for drug conspiracy. The rumor is that her death was ordered and carried out so that my father would not have to receive a lengthy prison sentence.

There are several ways that the Dr. could have caused her to have a heart attack. The wrongful death lawsuit that I was told was filed by Leighton, Leighton, and Leighton was never filed in Court either. These same law firms all having relationships with Morton Katz and company are now orchestrating the lawsuit I filed in Eastern District and the lawsuit that I filed in N. District against over 200 defendants.

The deal was that I receive nothing for the death of my mother and the subsequent conspiracy that resulted afterward.

4. Persons who have faked death as part of this conspiracy.

In 1999 the Plaintiff was a pallbearer at Allen Hunt's funeral who was his best friend. The Plaintiff believed that his lifelong friend was dead. Allen's death was faked as he most likely is a Federal Agent. I have seen Allen driving down Queens Blvd at 33rd St, Targee St, and right in front of my apartment.

Chris Katz – became a mob informant after they faked his death in Howard Beach, Queens.

Jason Tollentino – I was under the impression that Jason had been killed by his own brother in S. Ozone Park Queens. I have seen him on several occasions to include riding with Carlos Santana and other persons participating in this.

These deaths were printed in the newspapers.

5. Unwarranted Invasion of Privacy 4th Amendment – The plaintiff has suffered an unwarranted invasion of privacy at the hands of this company for well over three years. The unwarranted invasion includes the release of all the plaintiff's personal privileged information to the engineers of the movies, ads, terrorists, writers of books & commercials to perpetuate this program. The plaintiff's life story, family story, family history, and every other facet of the plaintiff's life has been provided to the engineers of this to include radio stations, music producers, terrorists, and even the prison population of NY and other states.

Upon the release of the plaintiff from Coxsackie Correctional Facility in Coxsackie, NY the plaintiff's engineered environment and invasion of privacy began. The plaintiff was released back to the shithole known as Watertown, NY where he had no ties to or family. The plaintiff was frozen in subzero temperatures, made to suffer, harassed, and targeted for assassination attempts by this company.

i was targeted by several groups practicing their hacking and others who were engineering the media, music, and internet traffic for future use in this engineered conspiracy. The details are contained in my lawsuit filed in the Eastern District Court.

My computers, internet traffic, and even cell phone is illegally monitored by the people coordinating and engineering this conspiracy. This whole area is set up to facilitate this by switching through property and using the current house that I am staying in by bugging the apartment from the attached garage, the upstairs apartment whose residents were also prearranged by PLS and NYPD, and the basement where a group of people spying and reporting to someone stay. These people even have a copy to my MultLock which is not copy able without a card.

As part of this program persons who are sent in and out of this neighborhood are sent by my apartment to have scripted conversations, reciting lines from scripts, even having stars and the voices of stars reciting certain lines. At times, it even sounds like Obama's voice stating certain lines. They are using parts of the prison program and mixing it with living in an apartment. Overall this is the MK Ultra program mixed in with entertainment. Also, everything that happens I am made the focus of everything.

Every day the engineers of this which seem to be a combination of agencies and NYS DOC are using my unwarranted invasion of privacy to engineer their radio station programming, television programming, and the scenarios for the day. They illegally have access to my telephone conversations, txt messages, contacts, and everything else to include what I am currently typing on my computer.

My internet traffic is censored and controlled through the specialized chip placed in this laptop so I never know whether my electronic correspondence is getting to its destination.

6. TLC Identity Theft – I reported my first identity theft to the Jefferson County Sheriff's Office upon my release from prison since my Passport, driver's license, birth certificate, social security card, and dependent id card were stolen from my personal property while I was incarcerated. This is the theft that Fox News refers to in Santa Fe as He.

The second identity theft was also facilitated by scum of Jefferson County Watertown.

I applied for a TLC license in April or May of 2016. I scheduled my appointment to drop off my identification documents and provided them at the TLC Queens location to a Persian man behind the counter. I never heard anything back from this, but I believe my identification was used to issue someone a license using my documentation.

I reported this identity theft ring to the FBI on 11-20-16 via the internet. I followed up with several phone calls and am unsure whom I even spoke to as my phone calls are being redirected.

I am now having problems obtaining my new license application number 5719379 due to this theft by the day and the cover up. They are also going to be bugging my Uber Car once I receive my TLC license and are planning on having me killed or assaulted once I start driving. I am given hell and everything is engineered against the plaintiff as things are made easier for everyone else.

7. As part of this program someone has been taken through my whole life and have held every one of my jobs and has been placed in charge of my life. This scheme is derived from A Pale White Horse, religion, and several other groups.

8. Defy Ventures and PLS Prisoner Legal Services, Jefferson County Sheriff's Office, Religion, and others are involved in a scam and racket that has the plaintiff as the center of a game that certain scenarios and missions allows others promotions, checks, and other rewards.

There is some type of ongoing scheme where I am being held as some type of bargaining piece as well. These convicts are spreading rumors and keeping up with their stories as far as stating I have been on Ft Mead with Barry Killham and been working with others. The United Way of America and Neustar Incorporated two of my former employers are also involved with this. The various YouTube Channels are also commercializing, using, making fun of the plaintiff's situations to include infesting the plaintiff's neighborhood.

9. Obstruction of Justice – I filed my lawsuit on Oct 11, 2016. My IFP motion and motion for counsel have still not been ruled on. This case is being obstructed and copies of my lawsuit were provided to certain orchestrators so they could cover their tracks and arrange other scenarios for the plaintiff. I dropped off a letter to the Judge in this case on Wednesday November 16, 2016. I have a copy

of the letter and supporting documentation. The clerk stamped copy on the copies I gave to him and left it on the counter for everyone to see, and I believe that the Judge never received the letter. I also believe that someone has filed a case in my name already and is negotiating this case in my name which is Obstruction of Justice. I also believe that these same people are using the intellectual property from my computer, evidence, and others to orchestrate some sort of alternate reality and it must do with the orchestration of alternate realities. The other accusations of obstruction are contained with the civil rights case. My file is being leaked by snitches from this company to facilitate my harassment and facilitate this program.

10. Release of classified information the deliberate release of my classified information from the military to include the release of my rifle marksman book has been facilitated and allowed.

11. This company is using and misusing thousands of confidential informants to facilitate this against the plaintiff to include hundreds that the plaintiff was incarcerated with who most have positions with the NYOD and NYS DOC cadre. Even the people upstairs from me work for NYOD and NYS DOC I believe. These informants receive opportunities of lifetime while this works in opposite for the plaintiff every single phase of this conspiracy has used the plaintiff's unwarranted invasion of privacy. Snitches like Coss Marte, Shane and the rest of the supposed convicts receive special access to privileged areas of the Courthouse, Post Office, Federal Buildings to keep this a State controlled deal when in fact this is way over their heads and clearly in Federal jurisdiction.

My children are being terrorized and suffering from the same unwarranted invasion of privacy.

12. Conspiracy Ex-Wife Family and Jefferson County - I have also discovered a piece of evidence posted on YouTube of my ex-wife Cristian Deleon Acosta her present husband SSgt Acosta dated Feb. 26, 2012 labeled British Virgin Islands – Soggy Dollar Beach Bar, White Bay, Jost Van Dyke, BVI, Caribbean on Rick Moore's Channel that supports my claim that this is a deliberate conspiracy organized and carried out by several hundred persons under the color of law as well as confidential informants, even the discovery of the footage was deliberate as was its creation and it all corresponds with these persons illegal access to my phone and the orchestrated waves that travel through and infest my current location. The same people orchestrated this whole disaster are now attempting to orchestrate this and my current case. The people who have never lifted a finger to assist me are being rewarded and receiving higher positions in this company. This is being orchestrated by the state to defraud the Federal government. Deputies from DOC should have nothing to do with my case yet are orchestrating. These people receive higher positions and remain relevant due to my illegal situation.

13. My bank account and other financial instruments are also illegally being monitored and used in this conspiracy which is considered bank fraud. Several charges linked to my account are fraudulent and there are supposedly other accounts that I don't know about. I am not an expert, bit I do know that this is all being orchestrated.

I would like a full independent investigation of all the accusations and any other information I provide to Federal Investigations into the plaintiff's abuse. I am requesting an interview by the Eastern District Attorney General's Office about these egregious violations and request that my case be handled properly and by all rules of the courts. This is an outrage.

I ask this in the interest of Justice.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT 11-18-16,

ERIC ANDREW PEREZ

Eric Andrew Perez
PO BOX 40965
Staten Island, NY 10304

United States Attorney's Office
Eastern District of New York
Attn: Criminal Intake Unit
271 Cadman Plaza East
Brooklyn, NY 11201

11-25-16

RE: Civilian Crime Report Civil Docket 1:16 – cv – 05794 – MKB – LB

Dear Honorable Sir or Madam:

On the 21st day of November, 2016 at 9:00 am I personally delivered this complaint to 271 Cadman Plaza East Brooklyn, NY 11201. I had a declaration of personal service stamped by the guard after dropping the complaint. The plaintiff also noticed 4 non-Federal employees enter the building and be admitted. Plaintiff, called the criminal intake unit at 718-254-7000 and spoke with Ms. Antoinette around 2pm on the same date. She told the plaintiff that nothing had been received yet.

I informed Ms. Antoinette that the complaint was of an urgent matter. On the 22nd day of November, 2016 9:21 am I called the Criminal Intake Unit at the same number and spoke with Ms. Antoinette again. She stated that she still had not received anything from the plaintiff. The plaintiff believes that the complaint is not being sent to the criminal complaint unit due to the deliberate racketeering scheme that has been engineered around the plaintiff for if the plaintiff can remember.

The key element to this scheme is the deliberate and depraved indifference to the plaintiff's deliberately engineered situation on behalf of this company. The plaintiff's complaint was not forwarded to the unit for the same personnel who have been profiting from this scheme to continue to control this illegal situation.

The felonies that have taken place on the above occasion falls under several Federal statutes to include 18 USC § 371. November 25, 2016 I am resubmitting this complaint with the Declaration of Service stamped on November 21st, 2016. I am requesting that a criminal investigation be conducted upon the whereabouts of the original complaint, and into the contents of the complaint and my civil rights complaint.

I am also positive that is the same Sheriff Deputies and their partners in other agencies that are orchestrating this against the plaintiff. I am sure as I have seen all the Jefferson County Sheriff's Department and several of the old hags they work with daily in my neighborhood. It is no coincidence that I saw Deputy Patterson traveling South on Vanderbilt Ave.

These same units have been using the properties in the area to include St. Joseph's Hospital, the old person's home, and the US Post Office to conduct illegal operations in the neighborhood. These people have no excuse or official mandate to operate in this area. They are not conducting drug

1

operations or any other type of operation, but in fact stealing federal funds to line their pockets while keeping the plaintiff surrounded by the same persons who entrapped, maliciously prosecuted, and continuously conspired to murder the plaintiff even after his release from their custody.

These Agents, Sheriff Deputies, Religious organizations, Soldiers, Radio, Media groups, Cops, MI, and confidential informants are running a continuous criminal organization under prosecutable under the RICO Act that has cost the government of the United States millions of dollars. This whole scheme has been centered around the plaintiff, with rules that have been set to subjugate the plaintiff & maximize the amount of money and opportunities. This scheme included the illegal conviction of the plaintiff on two occasions, his defamation, torture, conspiracy to deprive civil rights, conspiracy to murder, and hundreds of other of Federal & State law violations.

The same engineers and orchestrators of this plot have done this to the plaintiff in stages to be as cruel as possible and to make the plaintiff as poor as possible and an example through using the full might of this illegal company against him.

The plaintiff has been able to discover one piece of key evidence that will support his immediate claim that this is a conspiracy against the plaintiff. The plaintiff is going analyze the video to his best ability and list the persons whom he has known in order of their appearance. Please see exhibit 1, video titled British Virgin Soggy Dollar Beach Bar that I have placed on an orange and white thumb drive. This video was deliberately filmed as part of this scheme.

The video is 5:11 seconds in length, at the Soggy Dollar Beach Bar in the British Virgin Islands. This video was posted This is where the Jefferson County Sheriff's Department and other agencies carry out operations and bring confidential informants. Many of the people in the video are persons under the color of law, Army personnel, and confidential informants. The date the video was posted to YouTube ............................................. was on Feb 26, 2012 by Rick Moore who is related to Colonel Moore of the Army who has engineered the moves in this plot and is a DARE officer to my knowledge.

The following persons the plaintiff knows personally are in the video: Erin Bartle @:28 whom the plaintiff worked with at Buffalo Wild wings after his release from prison, 1:33 Fidel Martinez who has the Colorado Rockies hat on & is the husband of my cousin Cristina Perez, 1:33 Gina Suarez who is my step mother both of their backs are turned to the camera; but I am able to recognize their profile and mannerisms, 1:34 plaintiff's ex-wife Cristina Deleon Acosta who's profile I immediately recognized, 1:38 SSgt Acosta her husband who is an ICE officer, and 4:32 Richard Michael Space Jr. who is also a Federal Officer and whom I have known since 1991.

The plaintiff illegally plead guilty to a Contempt 1st charge on Valentine's Day February 14, 2012. The plaintiff had been incarcerated in Jefferson County Jail since August 4, 2011. The number of persons in the video whom knew my lawyer Mr. Neddo other Jefferson County Sheriff's Deputies and Court workers is almost 100%. The fact that my step mother and Fidel were in the video proves that my family was also involved with the conspiracy and have always known that there was a conspiracy against the plaintiff.

The fact that my ex-wife was there with her husband also supports the conspiracy. These people are also heavily involved in the conspiracy and have plundered the US government of millions of dollars.

2

The fact that these same people are currently surrounding the plaintiff always is also part of the conspiracy.

This conspiracy has cost the plaintiff his entire life. I am requesting that I be interviewed by Federal Investigators and that these criminals be prosecuted. I have enclosed another copy of the complaint for your review.

I am including this cover letter to point out the contents of my Civilian Crime Report. The contents of the complaint are as follows: 2 pg. Civilian Crime Report Form provided by the US Attorney's Office Eastern District, 8-page complaint, 6-page letter to Judge Brodie, and 3-page supplemental exhibit.

Total of 20 pages.

Sincerely,

Eric Andrew Perez

3



CELL

Closed Circuit television plays re-scripted television programming with torts to defame, harass, intimidate the subject inmate while delivering messages to other cooperating inmates.

The subject inmate is kept in his cell & subjected to torts electronically & from Cos.

Wet wall where the inmates & snitch inmates read off scripts, make announcements, and noises.

Specialized two way listening devices are installed within the wet walls.



The attached garage is used as a base to store people and equipment, and carry out the illegal experiments.

www.shutterstock.com · 336609644

Basement used to store Day people who conduct experiments and enter my apartment illegally.

Two way listening devices, hidden camera, and radio frequency emitter placed in the walls of my first floor apt. As with jail they make announcements

Upstairs neighbors consist of a former convict & his wife who work with members of this company. They have access to listening and monitoring equipment.



How my harassment and surveillance actually works is simple. I am deliberately pointed out in any population that I am in in order to destroy my anonymity. The systems of this company are no longer neutral, and are made to act against the plaintiff. As with any legal or illegal progressive surveillance, a signal is sent out to the various participants who are in the area. Every known route to any transportation has already been mapped or figured out, and my live illegal electronic surveillance is used to engineer the daily scenarios whether it be the plaintiff heading to the Workforce Center or the plaintiff going to the gym, this information is already known to the law enforcement, snitches, and other participants who are all given roles and assignments for when I arrive. Its not that I am that important its that this is what this company does and I am used as a training subject. As soon as I leave my apartment a signal is sent out and the stalking begins. There are also a few houses in this area that are used to shoot high frequency radio signals at my apartment as well as radio frequency emitters in the garage to facilitate the activation and use of the device that has illegally been implanted behind my right eye and head. The house located at 47 Irving Place and the house on Signal Rd in the mountains above my location have direct line of site to my apartment as well as 357 Targee St. 47 Irving Plc has a hatch on the roof where specialized equipment pops out of. The apt. upstairs is given instructions on a daily basis and my phone is used for surveillance and control of the plaintiff as well. Basically every single type of experiment is being conducted illegally on the plaintiff as some sort of program to have others paid. These experiments are being carried out in an orchestration or intramural scrimmage, one group leaves one group stays. The other part of this is to have persons recite lines or scripts in reference to people the plaintiff doesn't know as they walk past his apt as well as anywhere else the plaintiff may travel. As part of this program I am also denied relationships with females or companionship. The concept is to use the plaintiff and keep him as a hostage. These same people who engineered this against the plaintiff keep him surrounded by the same units who are directed to harass him and even have special hip hop garbage music produced keeping in line with the various plots in reference to the plaintiff. They constantly drive by the plaintiff's house and distribute the music throughout the populace of the United States to program the population against the plaintiff. This is the basic idea of the control that this terrorist company is exerting over the plaintiff. At certain times signals are sent out to the various implants in his body to give him pains, whether done independently or premeditated this amounts to torture, conspiracy to murder, and thousands of other violations of Federal law.

These people are even teaching their children who I am and how I am to be used in the next generation. This is a plot all made up by the day and Immortal Technique who is a known traitor and terrorist. These people are traitors, undesirables, snitches, and drug addicts yet I am treated this way.

# EXHIBITS 3

# EXHIBITS 4

12/16/2016
Eric Andrew Perez
PO BOX 40965
Staten Island, NY 10304
347-874-1280
DIN# 12-B-0676
NYSID# 09232049R
June 27th, 1976  SOC SEC #066745012

New York State Department of Corrections &
Community Supervision
Executive Clemency Bureau
Harriman State Campus – Building 2
1220 Washington Avenue
Albany, NY 12226-2050

Subject: Pardon Indictment 11-454 Jefferson County New York

To the Honorable Andrew M. Cuomo:

I am writing this letter to you not only to request a pardon, but also to inform you of a truly egregious situation that has literally cost me my entire life. I am ashamed to say that I have a criminal record and have completed a sentence in the New York State Department of Corrections, and that my life has been destroyed by a criminal conspiracy engineered by a small group of individuals under the color of law who have associations with my ex-wife Cristina Deleon Acosta, her husband Sgt. Acosta, Richard Michael Space Jr. petitioner's friend, Gina Suarez Step-mother, Fidel Martinez cousin's husband, and several others. This same group of individuals, their associates, persons under the Federal Color of law, foreign services, and this whole entertainment company are currently obstructing my quest for vindication in this matter through illegal censorship, defamation, intimidation, threats, obstruction, and violence.

## PRE-CONVICTION, PLEA, AND SENTENCING

The petitioner Eric Perez was arrested on two prior occasions that led to his felony conviction on February 14th, 2012. May 4, 2011 or 5-4-2011 the petitioner was arrested for trespassing at his own residence that he maintained with his ex-wife Cristina Deleon, on May 9th, 2011 or 5-9-2011 the petitioner was arrested for a Contempt 2nd after attempting to speak with the ex-wife's Platoon Sergeant and Lieutenant at the Company Headquarters on Fort Drum, NY. On August 4th, 2011 or 8-4-2011 the petitioner was arrested and charged with Contempt 2nd and two other misdemeanor charges after being kicked out on the street by his ex-wife.

The number of charges increased to 13 after the petitioner was indicted. After firing three lawyers I accepted a plea deal where I would plead guilty to one charge of Contempt 1st, and receive an intermediate sentence of 1 ½ - 3 years in prison in full satisfaction of all charges. Several well-known

1

drug dealers and felons from Watertown received year sentences for drug trafficking charges and other more serious offenses, while it was decided that I would go to prison.

On Valentine's Day February 14th, 2012 I plead guilty to one count of Contempt 1st in Jefferson County Supreme Court. Without notification, and on that same day after I plead guilty to Contempt 1st I was taken to the Jefferson County Family Court and advised by Mr. Naumiec to grant full custody of my biological daughter Alyssa to whom I was the primary caregiver of to my ex-wife Cristina. My Ex-wife showed up in Court on that Valentine's Day with her date for the night, and after I gave her full custody I was taken back to Jail.

These two legal decisions were obtained illegally and accomplished the coconspirators illegal goals. One I would not be allowed any contact with Alyssa which ensured that the maximum infliction of psychological duress could be maintained while I was in prison, and any rumor or tort about any of my children would inflict the maximum amount of psychological duress. Two, this would allow Ms. Deleon to cut off all ties to the petitioner, and allow her to remarry after having the petitioner sent to prison.

Three, these two decisions would allow her to make all future decisions for Alyssa without consulting the petitioner. Four, the family court matter would not be taken to trial, and therefore the discovery of a child abuse report from February 2nd, 2012 where Alyssa was thrown against a wall by Cristina could not be discovered, please see exhibit A Child Abuse Report from February 2, 2012. The petitioner only discovered the existence of this child abuse report in July of 2012 while in the Collins SHU. Five, the conspirators could defame the petitioner's character while in prison and after his release.

On February 28, 2012, the petitioner was sentenced to 1 ½ to 3 years by Judge Todd in Jefferson County Supreme Court. The petitioner was the last to go before the Judge, and the Courtroom was cleared out and the doors sealed. There were only persons under the color of law in the Courtroom at the time of the petitioner's sentence. The petitioner attempted to withdraw his guilty plea, and was denied this right by his lawyer and then by Judge Todd.  Please see exhibit B the Petitioner's Sentence minutes. The Petitioner received his final divorce papers as soon as he arrived in Coxsackie in October, 2012, postmarked from San Antonio, TX.

## POST CONVICTION REMEDIES

Petitioner filed a 440.10 May, 2012 while in the Groveland SHU. Petitioner filed a 460.15 to the 4th Appellate in April of 2013. May, 2013 petitioner filed a Federal Habeas Corpus in US District Court N. District. Subsequently, all the petitioner's post-conviction motions were denied except the 440.10 with respects to an illegal misdemeanor conviction for Contempt 2nd after I plead guilty to the charge on a Court Trip.

## NEWLY DISCOVERED EVIDENCE

Petitioner discovered the video titled British Virgin Islands - Soggy Dollar Beach Bar, White Bay, Jost Van Dyke, BVI, Caribbean posted to YouTube on February 26, 2012 by Rick Moore on November 16,

2

2016. After careful examination of this video the petitioner discovered that the video contained my ex-wife Cristina Deleon Acosta, her husband Sgt. Acosta, my step mother Gina Suarez, my cousin's husband Fidel Martinez, and Richard Michael Space Jr. This video also contains other conspirators under the color of law and several confidential informants who were involved with illegally convicting the petitioner.

You can hear the participants in the background talking about my daughter Alex and how "Me" wants her to be a ho and other comments. The link to the video is https://youtu.be/sLL8AifIJFA, and I have also included a copy of the original and the one that I modified for your review, exhibit C. The video is authentic and was deliberately filmed as part of this criminal conspiracy. This video has also been available to every government agency, the Department of Justice, Jefferson County District Attorney General's Office, and any other entity that is required to investigate illegal actions of Federal & State actors.

The video not only proves that my ex-wife was on vacation with her husband and other co-conspirators while the petitioner was being held illegally. There are other persons of interest and coconspirators that the petitioner is unable to identify in the video. The preparations for a trip to the British Virgin Islands that would have all those people on that island at the same time was no small undertaking and required complex logistics and planning so this was carefully thought out.

While incarcerated in Jefferson County Jail the petitioner overheard a group of inmates speaking about a sting operation in the Caribbean involving several Jefferson County Sheriff Deputies, but I would never have been able to imagine this. The petitioner had the video modified and posted it to YouTube on December 9, 2016, https://youtu.be/EDBubbvGLDM. After the investigation, the petitioner is sure that these members of law enforcement have ties to the Jefferson County District Attorney's Office, her command in the Army, my lawyer Mr. Neddo, Immigration & Customs Enforcement, NYS Department of Corrections, MIA, and possibly Booze Allen Hamilton.

The Petitioner also believes that this has been a complex well engineered criminal conspiracy against him where I have been used by several different organizations and people to include Chris' Plumbing, DARE, Defy Ventures, foreign services, even terrorist organizations, ICL, and several religious organizations as part of a complex racketeering scheme. Petitioner is also kept under close watch and always surrounded by his enemies to include his neighbors as part of this conspiracy.

The petitioner published a GoFundMe Campaign https://www.gofundme.com/help-exonerate-eric, in December of 2016 to raise funding for a lawyer. The petitioner believes that this whole situation and conspiracy is egregious and that I should be pardoned and the conviction completely vacated by the prosecution. I ask this in the name of Justice and Fairness.

Sincerely,

Eric Andrew Perez
PO BOX 40965
Staten Island, NY 10304

I declare that the foregoing is true and correct.

Signed December 16, 2016

4

# EXHIBITS

# EXHIBIT A

The County of Jefferson
## DEPARTMENT OF SOCIAL SERVICES
Human Services Building — 250 Arsenal Street — Watertown, New York 13601

03/16/12

DIN: 13B0676
Collins Correctional Facility
Middle Road
P.O. Box 490
Collins, NY 14034

Dear Mr. Perez:

We received a referral from the New York State Child Abuse and Maltreatment Register on 02/10/12, regarding some concerns for your child, Aryza Perez.

I would like to speak with you to discuss the concerns and answer any questions you may have.

Please contact me as soon as possible at 315-785-3013. I look forward to hearing from you.

Sincerely,

Debbie Donahue
Case Supervisor
Child Protective Services

Jarrod Brown
Caseworker
Child Protective Services

# EXHIBIT C

# EXHIBITS 5



**NEW YORK STATE** | **Corrections and Community Supervision**

**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

December 28, 2016

Mr. Eric A. Perez
PO Box 40965
Staten Island, NY 10304

Dear Mr. Perez:

I would like to acknowledge your recent letter to the Executive Clemency Bureau concerning a pardon.

Pardons are extraordinarily rare in New York State since that form of executive clemency is considered only when there is overwhelming and convincing proof of innocence which was not available at the time of an individual's conviction. Even then, consideration for a pardon is not made if an individual has available adequate administrative or other legal remedies.

There is no mechanism in New York State to eliminate the record of a valid criminal conviction. Documents known as Certificates of Relief from Disabilities and, for multiple felony offenders, Certificates of Good Conduct are meant, however, for situations where individuals previously convicted of criminal activity may have demonstrated subsequent periods of stability and capacity to lead law- abiding lives.

In accordance with Article 23 of the New York State Correction Law, the granting of such a certificate serves to restore those rights and privileges that might automatically have been lost under New York State law as the result of a conviction. Article 23-A of the New York State Correction Law (Section 753) notes that the possession of such a certificate implies "a presumption of rehabilitation."

Application for a Certificate of Relief from Disabilities should be made to the court of conviction in cases which did not result in a sentence of incarceration in a New York State Department of Correctional Services and Community Supervision facility (e.g. cases in which a sentence of probation or a local jail sentence was imposed). The clerk of the sentencing court should be able to provide specific details of the application process. All other certificate applicants should apply to the New York State Department of Corrections and Community Supervision, Executive Clemency Bureau/Certificate Review Unit, The Harriman State Campus – Building 2, 1220 Washington Avenue, Albany, NY 12226-2050.

Sincerely,

Donald D. Fries
Director
Executive Clemency Bureau
/sam

# EXHIBITS 6

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NYS Dept of Corrections
& Community Supervision
Executive Clemency Bureau
The Harriman State Campus 2
1220 Washington St
Albany, NY 12226-2050

9590 9402 2380 6249 8618 10

2. Article Number (Transfer from service label)

7015 1730 0000 4626 9241

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

X

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

RECEIVED
DEC 2 1 2016
Mailroom

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Honorable Andrew
Cuomo
New York State Capital
Building
Albany, NY 12224

9590 9402 2380 6249 8618 27

2. Article Number (Transfer f...

7015 1730 0000 4626 9234

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

12/21/16

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# EXHIBITS 7

**COMPLAINT FORM**

1. PLEASE TYPE OF PRINT CLEARLY IN DARK INK.
2. COMPLETE THE ENTIRE FORM AND SIGN.
3. RETURN/SEND FORM TO THE PUBLIC INTEGRITY BUREAU.

NY State Office of the Attorney General
Public Integrity Bureau
120 Broadway, 22nd Floor
New York, NY 10271

**COMPLAINANT**

Your Name: Eric Andrew Perez          Home Tel: 347 831 8299

Street Address: 69 Prince St          Business Tel

City/Town: Staten Island, NY          Zip: 10304   County: Richmond

---

**COMPLAINT**

Public Agency/Individual you are complaining about: Jefferson County DA & Unknown Persons

Street Address (if known): Jeff County DA office

City/Town: Watertown, NY          Zip: 13601   County: Jefferson

---

Has this matter been submitted to another agency?     Yes   ✓No

If so, which agency:

Is there any legal action pending?     Yes   ✓No

If so, where:

---

**PLEASE BRIEFLY DESCRIBE YOUR COMPLAINT BELOW**
(use back of form or attach additional documentation if necessary)

The above plaintiff is making this notification with the knowledge that the State of NY and several Federal agencies are already aware of the facts of this case. N/a the fact that they are in collusion with the perpetrators of this crime against the plaintiff. The details of the complaint are contained within the attached declaration. I fully expect that the crimes against the plaintiff will only increase with intensity and frequency as the various phases are compromised and engineered. Please see the attached declaration. The persons in said video their passport information and identities must be confirmed. I also have identified a person who I mistaken for Fidel Partner as Dino the plumber who rents the garage that is attached to my house. Please investigate and see attached documents

**READ THE FOLLOWING BEFORE SIGNING BELOW:**
I understand that any false statements made in this complaint are punishable as a Class A Misdemeanor under Section 175.30 and/or Section 210.45 of the Penal Law.

Signature: Eric Andrew Perez          Date: 2-4-17

Return to:   **NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL**
             PUBLIC INTEGRITY BUREAU

I, Eric Andrew Perez, am making the following declaration in support of the complaint form that I am personally filing with the Public Integrity Bureau of the New York State Attorney General's Office. I am making this complaint with the knowledge and forbearance that the facts contained within are known to the State of New York, the Shadow Government, and Federal Authorities who have been the orchestrators of the crimes against the plaintiff. There is an ongoing criminal conspiracy being engineered and carried out against the plaintiff in full collusion and approval of Federal, State, and City Authorities as well as Foreign Services. What the plaintiff is being used for is a coercive population control program and racketeering scheme that has been engineered and perpetrated over the period of 30 years. The  kthree keys to this is the plaintiff's engineered threat and the carrying out of constant violations, the use of thousands of informants; persons under the color of law; persons training to be under the color of law; citizens; foreigners; & anyone looking for an opportunity for advancement, and the deliberate; depraved indifference to the engineered situations and environments that the plaintiff has been used and placed in.    The actual continuos violations and situations created through thousands of color of law violations and other illegal scripted actions are the methods for the promotions of hundreds of officials and has provided an illegal snitch entertainment economy for years without the knowledge of the plaintiff until the plaintiff's latest illegal incarceration. The defamation, harassment, intimidation, color of law violations, deprivation of civil rights, cruel & unusual punishment, illegal electronic & physical surveillance, experimentation, commercialization, and conspiracy to murder is the key to this company's economic well being, sedition, terrorism, illegal & illicit goals, and the ruination of the American way of life. This has been carried out against the plaintiff on three different continents against the plaintiff. This company enginerered and carried out a multi billion dollar entertainment scam where inmates, correctional officers, private individuals, Federal; State; & City employees, private citizens, persons who the plaintiff worked with at past employers, family members & every person the plaintiff has ever known, persons who the plaintiff was incarcerated with, and persons the plaintiff has never even met or spoken with are given roles in various criminal acts, movies, radio stations, television shows, Hip Hop, religious organizations, and other commercialization methods and acts to accomplish illicet & illegal goals of this company. The one catch to this all is that the plaintiff had to be ruined and made as I was a citizen in good standing with no convictions & a well paying job , and what better way to do this but illegal incarcerations which were facilitated by confidential informants and persons under the color of law. Several persons in power have engineered and evolved this scheme for their own benefit to include live a live discovery process of the facts and the use of the plaintiff as entertainment live on the radio, television, and in prison which has generated millions of dollars in illegal revenue and opportunity to these people while oppressing and ruining the plaintiff at every turn. Unfortunately, for the plaintiff the State & Federal authorities who have funded this program throughout the history of its use are now denying the plaintiff at every turn. The facts remain that the plaintiff has suffered from a series of engineered events that have left him poor, defamed, socially outcast, and the biggest target in the world. Many of these accusations are well out of the State Attorney General's jurisdiction. The matter that I find most urgent and have informed the State of New York Attorney General's Office of in various post conviction motions is the plaintiff's illegal incarceration stemming from a succession of illegal arrests perpetrated in the Town of LeRay and Jefferson County, obviously the military and other Federal Authorities are involved given the tremendous corruption and budget involved in this. The plaintiff was illegally incarcerated in Jefferson County on August 4, 2011 and maliciously prosecuted by Frank Seminerio, Cindy Interschert, and the Jefferson County Public Pretenders Office in order to set this racketeering scam in motion. Every single event perpetrated against the plaintiff to include the list of violations and thousands of others has been engineered and scripted and then enforced by supervisory personnel from various Jurisdictions and Agencies to include the CIA, DOJ, DEA, DIA, FBI, Tampa Bay PD, Jefferson County Sheriff's Dept, NC Sheriff's Dept, Polk County Sheriff's Dept, NYPD, and several media groups & entertainment entities. The key to this racket is the deliberate and depraved indifference of independent authorities, and any other type of authority to the plaintiff's situations. The plaintiff pled guilty to one count of Contempt first on Valentine's Day February 14th, 2012 as scripted. Without prior notification I was wisked aaway to the Family Court where I was directed by my Public Pretender Mr. Naumiec to grant my ex-wife full custody of my biological daughter. The Family Court was fully aware of the child abuse report that was filed on behalf of my daughter from a scripted incident of abuse on February 2nd, 2012. If I had not agreed to granting her full custody we would have had a trial and the child abuse report would have been discovered in open court, bringing into question the validity of my guilty plea, representation, and illegal incarceration at the time. Petitioner discovered the video titled British Virgin Islands - Soggy Dollar Beach Bar, White Bay, Jost Van Dyke, BVI, Caribbean posted to YouTube on February 26, 2012 by Rick Moore on November 16, 2016. After careful examination of this video the petitioner discovered that the video contained my ex-wife Cristina Deleon Acosta, her husband Sgt. Acosta, my step mother Gina Suarez, my cousin's husband Fidel Martinez, and Richard Michael Space Jr. This video also contains other conspirators under the color of law and several confidential informants who were involved with illegally convicting the petitioner. The odds of Sheriff Deputy Mezecola's brother and several others under the color of law from the Jefferson County's Sheriff's Office being on that island with hundreds of other co conspirators with the Jefferson County District Attorney's Office being informed is an impossibility as the trip cost hundreds of thousands of tax payer dollars and the DA is required by law to be informed of all and any operations taking place. The fact that several confidential informants who were working with the Jefferson County Task Force and Federal Authorities on a drug sting while their is also an undisputable fact. The prosecution was well

aware of the conspiracy and still chose to prosecute the plaintiff in favor for the start of a multi-million dollar racketeering scheme that has been touted by several participants to include Hip Hop artists as State Sponsored Terrorism. The Youtube video has over 180 thousand views since its post, within the video you can hear the participants in the background talking about my daughter Alex and how "Me" wants her to be a ho and other comments. The link to the video is https://youtu.be/sLL8AiflJFA, and I have also included a copy of the original and the one that I modified for your review, exhibit C. The video is authentic and was deliberately filmed as part of this criminal conspiracy. This video has also been available to every government agency, the Department of Justice, Jefferson County District Attorney General's Office, and any other entity that is required to investigate illegal actions of Federal & State actors. The video not only proves that my ex-wife was on vacation with her husband and other co-conspirators while the petitioner was being held illegally. There are other persons of interest and coconspirators that the petitioner is unable to identify in the video. The preparations for a trip to the British Virgin Islands that would have all those people on that island at the same time was no small undertaking and required complex logistics and planning so this was carefully thought out. While incarcerated in Jefferson County Jail the petitioner overheard a group of inmates speaking about a sting operation in the Caribbean involving several Jefferson County Sheriff Deputies, but I would never have been able to imagine this. The petitioner had the video modified and posted it to YouTube on December 9, 2016, https://youtu.be/EDBubbvGLDM. After the investigation, the petitioner is sure that these members of law enforcement have ties to the Jefferson County District Attorney's Office, her command in the Army, my lawyer Mr. Neddo, Immigration & Customs Enforcement, NYS Department of Corrections, MIA, and possibly Booze Allen Hamilton. The Petitioner also believes that this has been a complex well engineered criminal conspiracy against him where I have been used by several different organizations and people to include Chris' Plumbing, DARE, Defy Ventures, foreign services, even terrorist organizations, ICL, and several religious organizations as part of a complex racketeering scheme. Petitioner is also kept under close watch and always surrounded by his enemies to include his neighbors as part of this conspiracy. The coconspirators engineered this scheme inside and outside of prison during my incarceration to include the taping of the video as blackmale and an opportunity for advancement of private parties involved. Every single step has been engineered, and the authorities refuse to acknowledge any of this due to the seriousness of the charges that should be brought against the coconspirators and the participants. Instead a series of harassment, commercialization, and other gimmicks to include thousands of Federal crimes being perpetrated against the plaintiff have been engineered in order to promote chaos, anarchy, training to generate millions of dollars in revenue for the various departments participating. The plaintiff is currently and deliberately surrounded on all sides by persons who have no business in the borough of Staten Island other than for purposes of accomplishing illicit illegal goals of this company. I have since filed a Pardon motion to the DOC Executive Clemency Board and the NY State Governor's Office on December 17, 2017. This process is also being obstructed and I believe that DOC will not properly investigate the plaintiff's claims nor do they plan to. As part of this orchestration the DOC executive conducting the investigation is named D. Fries as part of some classist stupid cook conspiracy. Every single move from start to finish has been orchestrated. The same people who are orchesrtating this and have been so from the beginning have done so using this as an intramural scrimmage as quoted by President O'Bama. One group leaves one stays, no arrests made no problems reported and everything is kept covered up. The levels of corruption are unheard of and I would like my pardon application, malicious prosecution, and my use in this conspiracy investigated to the fullest extent of the Attorney General's Office. The petitioner published a GoFundMe Campaign https://www.gofundme.com/help-exonerate-eric, in December of 2016 to raise funding for a lawyer. The petitioner believes that this whole situation and conspiracy is egregious and that I should be pardoned and the conviction completely vacated by the prosecution. I ask this in the name of Justice and Fairness.

I declare that the foregoing is true & correct.

Executed: February 4, 2017

ERIC ANDREW PEREZ
PO BOX 40965
STATEN ISLAND, NY 10304

# EXHIBITS 8

2/8/2017

ERIC ANDREW PEREZ                    CONVICTION REVIEW UNIT
PO BOX 40965                         NEW YORK ATTORNEY GENERAL'S OFFICE
STATEN ISLAND, NY 10304              120 BROADWAY, 24TH FLOOR
347-813-8299                         NEW YORK, NY 10271

RE: REVIEW OF CONVICTION 2 ILLEGAL CONVICTIONS

SYNOPSIS OF FIRST ILLEGAL CONVICTION

JURISDICTION: SUPREME COURT BRONX        CONVICTION DATE: 05/24/2010
ARREST DATE: 12/18/2009                  CHARGE: PL 265.03 SUB 01B
PCT:          45TH PCT
CASE #        2009BX080530
              80530C-2009
              01265-2010

THE ABOVE CONVICTION IS ILLEGAL DUE TO THE FOLLOWING FACTS:

THE PLAINTIFF ERIC ANDREW WAS TRAVELING IN HIS PRIVATE CONVEYANCE IN THE FAR-RIGHT LANE OF THE HNERY HUTCHINSON PKWY ON THE EVENING OF 12/18/2009. AT THE TIME THE PLAINTIFF HAD NO CRIMINAL RECORD, REDSIDED IN VIRGINIA, AND HELD A JOB AT A FORTUNE 1000 COMPANY. THE PLAINTIFF WAS LICENSED TO CARRY A FIREARM IN THE STATE OF VIRGINIA, AND WAS KNOWN TO CARRY HIS FOREARM. THE PLAINTIFF AND HIS EXWIFE HAD A DISAGREEMENT IN THEIR TOWNHOUSE, AND THE EX WIFE LEFT TO LIVE IN A HOMELESS SHELTER IN THE BRONX, NY. UNBEKNOWNST TO THE PLAINTIFF AT THE TIME HIS EX-WIFE WAS WORKING WITH LAW ENFORCEMENT AUTHORITIES WHO WERE OUT TO RUINE THE PLAINTIFF AND BRING HIM DOWN TO THEIR LEVEL. A GROUP OF UNKNOWN PERSONS SET UP A CAR ACCIDENT TO ENTRAP THE PLAINTIFF. THE PLAINTIFF BECAME BOXED IN FROM A CAR TO THE LEFT OF HIM AND STRUCK THE CAR IFO HIM, A BLACK MERCEDES BENZ ML320 Vin # 4jgab57e54a504200, WHICH HAS BEEN SPOTTED ON SEVERAL OCCASSIONS IN FRONT OF 52 WEDERER ST SI, NY 10304 WHICH IS LOCATED A HUNDRED YARDS AND WITHIN VIEW OF THE PLAINTIFF'S APARTMENT, PLS SEE EXHIBIT 1. THE PLAINTIFF WAS THEN STRUCK IN THE REAR BY THE CAR FOLLOWING. A GROUP OF POLICE OFFICERS WERE IMMEDIATELY ON SCENE AS THEY WERE SITTING ON THE HIGHWAY MEDIAN AT HIGHWAY MARKER UHU515. THE PLAINTIFF'S AIRBAG DEPLOYED STRIKING THE PLAINTIFF IN THE FACE. I WAS DAZED, CONFUSED, AND I WAS HAVING PROBLEMS BREATHING. THE NYPD WERE ON SCENE IMMEDIATELY AS THIS WAS AN ORCHESTRATED ACCIDENT. AN OFFICER PLACED HIS HANDS ON THE INSIDE OF THE PLAINTIFF'S DRIVERS SIDE DOOR AND DIRECTED HIM TO OPEN HIS TRUNK. I COMPLIED WITH THE OFFICER'S ORDER. THE GROUP OF OFFICERS THEN SEARCHED MY TRUNK AND FOUIND MY AMMUNITION BAG. THE OFFICERS REACHED INTO THE AMMUNITION BAG AND REMOVED THE 9MM AMMUNITION CLIPS AND STARTED TO TOSS THE CLIPS AROUND TO EACH OTHER WHILE MAKING COMMENTS. THE PLAINTIFF REACHED INTO HIS GLOVE BOX WHERE I KEPT THE HANDGUN AND I TOSSED THE GUN TO THE SIDE OF THE ROAD WITHOUT THE OFFICERS

1

NOTICING SINCE THEY WERE BUSY ILLEGALLY SEARCHING MY TRUNK AND TOSSING THE AMMO CLIPS AROUND. AN AMBULANCE AND TOW TRUCK WERE CALLED TO THE SCENE. THE PASSENGERS OF THE MERCEDES BENZ WERE TRANSPORTEDTO THE HOSPITAL AS I SAT GASPING FOR AIR IN MY CAR. I WAS ARRESTED ON SCENE AND TRANSPORTED TO THE 45TH PCT WHERE I WAS QUESTIONED REPEATEDLY WITHOUT A LAWYER ABOUT WHERE THE GUN WAS. I WAS NOT EVEN READ MY MIRANDA RIGHTS OR GRANTED MEDICAL TREATMENT.  OVER AND OVER THE SGT ASKED ME WHERE THE OTHER HALF; MEANING THE GUN. HE STATED OVER AND OVER THAT I KNOW YOU HAVE A GUN WHERE IS IT. HE ALSO STATED THAT, "IF A KID FINDS THAT GUN ON THE SIDE OF THE ROAD AND BLOWS SOMEBODY'S HEAD OFF THEN YOU'RE GOING TO BE CHARGED WITH MURDER." AFTER A FEW MINUTES OF QUESTIONING BEING THE CITIZEN I AM I AGREED TO TAKE THE COPS TO THE GUN. I WAS CUFFED AND THEN PLACED IN THE UNMARKED PATROL CAR. I TOLD THE OFFICER THE MILE MARKER UHU-515. I NOTICED THAT THERE WAS VERY LITTLE TRAFFIC ON THE HIGHWAY THIS TIME AROUND. ONCE WE ARRIVED HE WAS EASILY LOCATED THE GUN. HE SAFED THE WEAPON AND THEN PLACED IT IN THE TRUNK. IT IS A WELL-KNOWN TACTIC FOR LAW ENFORCEMENT AND OTHERS TO CREATE TRAFFIC PATTERNS AND TRAVEL IN WOLF PACKS OF VEHICLES. THE TRAFFIC THAT THE PLAINTIFF WAS STUCK IN WAS ALL ENGINEERED. THE MILE MARKER SIGN WAS THE PRESET PLACE TO CAUSE THE ACCIDENT. IT IS COMMON KNOWLEDGE THAT LAW ENFORCEMENT AND OTHERS USE THE SAME LETTER AND NUMBERING SYSTEM AS CODES. VARIOUS COMBINATIONS OF LETTERS AND NUMBERS SIGNIFY CERTAIN THINGS. AFTER WE GOT BACK TO THE PCT I WAS PLACED IN A CELL AND THEN TAKEN TO A ROOM WHERE I WAS QUESTIONED BY AN UNKNOWN AGENT WHO ASKED ME IF I KNEW ANYTHING ABOUT ILLEGAL GUNS. I TOLD THE AGENT I JNEW NOTHING OF ILLEGAL WEAPONS. MY FATHER WAS CALLED AND I GAVE HIM THE MONEY I HAD IN MY WALLET. I THEN AWAITED TRANSPORT TO BRONX HOUSE.

## COURT CASE

THE PLAINTIFF SUFFERED SERIOUS INEEFECTIVENESS OF COUNSEL DUE TO THE FOLLOWING:
THE PLAINTIFF ASKED FOR A GRAND JURY AND WAS TOLD THAT I HAD NO DEFENSE.
THE LEGAL COUNSEL THE PLAINTIFF RECEIVED WAS IN THE BEST INTEREST OF THE PLAINTIF, AND COUNSEL WAS NOT DEDICATED TO SERVING THE PLAINTIFF.
THE PLAINTIFF ASKED FOR BAIL REDUCTION AT SEVERAL POINTS IN HIS CASE AND COUNSEL IGNORED HIM.
PLAINTIFF PLEAD GUILTY TO ONE COUNT OF PL 265.03 SUB 3 ON MAY 24TH, 2010, AND ON MAY 25, 2010 JARVIS MCCRAY WAS REVERSED BY THE SUPREME COURT, APPELLATE DIVISION, SECOND DEPARTMENT, NEW YORK AFTER BEING WRONGFULLY CONVICTED OF THE SAME CHARGE. THE COURT REVERSED MR MCRAY CASE 73. A.D.3d 1213, 2010 N.Y. Slip Op. 4619. STATING THAT JUDGMENT IS REVERSED SINCE PL 265.03 SUB 3 IS NOT A GUN CHARGE UNDER GUN OFFENDER REGISTRATION ACT, PLS SEE EXHIBIT 2 PEOPLE VS. MCCRARY.
COUNSEL MR. OLIVER STORCH HAS BEEN OPENLY HOSTILE TO THE PLAINTIFF AND HAS ASKED THAT THE PLAINTIFF NOT CONTACT HIM DUE TO SEVERAL CONFLICTS THAT THE PLAINTIFF HAS BEEN KEPT IN THE DARK OF, THE FACT THAT HIS COUNSEL HAS BEEN PROVEN TO BE INEFFECTIVE, AND PERSONAL REASONS.
THE PLAINTIFF HAS EMAILED MR. STORCH AND ASKED THAT THIS ERROR BE CORRECTED THROUGH THE FILING OF A CPL 440.10, BUT THE PLAINTIFF HAS NOT RECEIVED ANY RESPONSE FROM MR. STORCH.

## POST CONVICTION MOTIONS

THE PLAINTIFF HAS NOT FILED ANY POST CONVICTION MOTIONS IN THIS CASE.

## CONCLUSION

FOR THE FOREGOING REASONS THE PLAINTIFF IS ENTITLED TO A FULL REVERSAL FROM THIS ILLEGAL CHARGE. I PRAY THAT IN THE INTEREST OF JUSTICE A FULL REVERSAL AND VACATION OF JUDGMENT IS GRANTED IN THIS CASE.

## SYNOPSIS OF SECOND ILLEGAL CONVICTION

JURISDICTION: JEFFERSON COUNTY SUPREME          CONVICTION DATE: 02/14/2012
ARREST DATE: 08/04/2011                         CHARGE: PL 215.51-B5 CRIMINAL
CONTEMPT 1
ARREST ADDRESS: 120 PARK DRIVE EAST WATERTOWN, NY 13601
PCT:          WATERTOWN POLICE DEPARTMENT
CASE #        11-454
INDEX #       11-2419
DIN# 12-B-0676

THE ABOVE CONVICTION IS ILLEGAL DUE TO THE FOLLOWING FACTS:

THE PLAINTIFF HAS MAINTAINED HIS INNOCENCE IN THE ABOVE ENCAPTIONED CASE SINCE SEVERAL MEMBERS OF THE CITY OF WATERTOWN PD, JEFFRSON COUNTY SHERIFF'S DEPT, THE US ARMY, JEFFERSON COUNTY PUBLIC PRETENDERS OFFICE, THE JEFFERSON COUNTY DISTRICT ATTORNEY'S OFFICE, AND OUTSIDE AGENCIES HAVE ENGAGED IN A CONSPIRACY AGAINST THE PLAINTIFF TO DELIBERATELY RACKETEER AND RUN A CONTINUING CRIMINAL ORGANIZATION BASED UPON A CRIMINAL ACT. THE FIRST STAGE OF THE ACT THAT WAS UNKNOWN TO THE PLAINTIFF WAS HIS FALSE ARREST, MALICIOUS PROSECUTION, ILLEGAL CONVICTION, CHARACTER DEFAMATION, CRUEL UNUSUAL PUNISHMENT, AND FINALLY HIS DEATH. THE PLAINTIFF AND HIS EX-WIFE CRISTINA DELEON ACOSTA AS MANY COUPLES WERE HAVING MARITAL ISSUES AFTER ARRIVING AT FT. DRUM, NY. THE PLAINTIFF HAD BECOME THE PRIMARY CAREGIVER TO HIS BIOLOGICAL DAUGHTER ALYSSA AND STEP DAUGHTER FELICITY WHILE SHE ATTENDED TRAINING. THE DISTANCE HAD ONLY EXACERBATED OUR RELATIONSHIP. THE GIRLS WERE ALWAYS WELL KEPT, CLOTHED, AND ENTERTAINED WHILE CRISTINA WAS AWAY. WHEN SHE RETURNED FROM TRAINING WE RELOCATED TO FT DRUM WHERE SHE RELIZED THAT SHE WAS IN CHARGE AND I WAS ONLY AN OPTION. AS WITH MANY COUPLES WE WENT BACK AND FORTH AND SPLIT SEVERAL TIMES. THIS SPLIT WAS FACILITATED BY SEVERAL FALSE ARRESTS BY THE WATERTOWN PD 5/04/2011 FOR TRESSPASS AND 5/09/2011 FOR CONTEMPT 2ND THIS ILLEGAL SUCCESSION OF ARRESTS IS WHAT ELEVATED THE CHARGES

STEMMING FROM THE ARREST OF 8/04/2011. THE PLAINTIFF MOVED FAR AWAY FROM HIS EX-WIFE AND MAINTAINED EMPLOYMENT. AFTER HIS BIRTHDAY, THE PLAINTIFF AND CRISTINA BEGAN TO TALK AND HAVE SEXUAL INTERCOURSE. PLAINTIFF USED MOST HIS FOOD STAMPS TO PURCHASE CRISTINA AND HIS DAUGHTERS FOOD. IN LATE JULY, THE PLAINTIFF WAS ASKED BY CRISTINA TO MOVE IN WITH HER AND THE GIRLS. RELUCTANTNLY THE PLAINTIFF MOVED IN WITH CRISTINA AND THE CHILDREN. THE PLAINTIFF EGAN TO SEE THAT THIS WAS ANOTHER PLOT TO HAVE THE PLAINTIFF ARRESTED. ON 8/04/2011 AFTER A VERBAL ALTERCATION THE PLAINTIFF WAS ARRESTED AT THE WATERTWON BUS STATION. PLAINTIFF WAS TAKEN TO THE JEFFERSON COUNTY JAIL WHERE I WOULD BE HELD AND TORTURED FOR THE NEXT 7 MONTHS. THE PLAINTIFF WAS ASSAULTED BY INMATE AND STAFF ON 5 DIFFERENT OCCASSIONS AND DENIED PSYCHOTROPIC MEDICATIONS. THE PLAINTIFF'S CHILDREN WERE THREATENED AS WELL. THE PLAINTIFF'S FBI FILE WAS USED TO MAKE UP STORIES AND DISSEMINATE INFORMATION TO THE INMATE POPULATION. THE INMATES SEEMED TO KNOW EVERYTHING ABOUT THE PLAINTIFF, AND WERE GIVEN TIME OFF THEIR SENTENCES FOR THEIR PARTICIPATION IN HIS ABUSE AND THE CRIMINAL ACT.

### JEFFERSON COUNTY JAIL

     INITIALLY THE PLAINTIFF WAS CHARGED WITH TWO MISDEMEANORS. THE PLAINTIFF WAS ASSIGNED CONSUL BY THE JEFFERSON COUNTY PUBLIC DEFENDERS OFFICE. THE PLAINTIFF'S CASE WAS TRANSFERRED TO JEFFERSON COUNTY SUPREME COURT WITHOUT HIS PERMISSION. AFTER HIS INDICTMENT, THE CHARGES TOTALED 13 NOT TO INCLUDE A MISDEMEANOR CHARGE OUT OF THE CITY OF WATERTOWN COURT AND ANOTHER OUT OF THE TOWN OF LERAY COURT, PLEASE SEE EXHIBIT 3 DISPOSITION. CRISTINA NEVER TESTIFIED AT THE GRAND JURY, YET THE PLAINTIFF WAS DENIED. THE PLAINTIFF WAS NOT NOTIFIED OF A CHILD ABUSE REPORT ABOUT HIS DAUGHTER ALYSSA FROM AN INCIDENT OCCURRING ON 2/02/2012. THIS REPORT WAS MADE AGAINST CRISTINA WHO WAS THE PROSECUTION'S ONLY WITNESS. THE PLAINTIFF ONLY DISCOVERED THE CHILD ABUSE REPORT AFTER FILING FAMILY COURT MOTIONS FROM COLLINS SHU IN JULY OF 2012. FEBRUARY 14TH, 2012 ALSO KNOWN AS VALENTINE'S DAY THE PLAINTIFF WAS TRANSPORTED TO JEFFERSON COUNTY SUPREME COURT WHERE I PLEAD GUILTY TO 1 COUNT OF CONTEMPT 1ST IN FULL SATISFACTION OF ALL CHARGES. I WAS THEN TAKEN TO FAMILY COURT WITHOUT PRIOR NOTIFICATION. I WAS NOT NOTIFIED OF THE CHILD ABUSE REPORT NOR WAS I GIVEN ANY MEANINGFUL LEGAL COUNSEL. MR. NAUMIEC TOLD ME THAT I HAD TO GIVE FULL CUSTODY OF MY DAUGHTER ALYSSA TO CRISTINA WHO WAS IN COURT WITH HER DATE FOR THE NIGHT A SGT FROM THE US ARMY. IF I HAD TAKEN THE FAMILY COURT CASE TO TRIAL I COULD HAVE DISCOVERED THE CHILD ABUSE REPORT AND CALLED WITNESSES. THE OBJECT WAS TO OBTAIN THE GUILTY PLEA, THEN HAVE THE PLAINTIFF GRANT CUSTODY SO THAT I HAD NO LEGAL CONTACT WITH MY DAUGHTER. THIS WAS THE TACTIC THAT THEY EMPLOYED SO THAT THEY COULD TORT IN REFERENCE TO MY DAUGHTERS. ON FEBRUARY 28th, 2012 THE PLAINTIFF WAS TRANSPORTED TO JEFFERSON COUNTY SUPREME COURT AND PLACED IN THE HOLDING AREA WITH SEVERAL OTHER INMATES. THE PLAINTIFF WAS RTHE LAST OF ALL THE INMATES TO GO BEFORE JUDGE TOD TO BE SENTENCED. THE COURTROOM WAS CLEARED OUT OF ANY WITNESSES AND THE DOORS SHUT. THE ONLY PEOPLE IN THE COURTROOM WERE JUDGE TOOD, ADA SEMINARIO, DEFENSE COUNSEL NEDDO, COURT OFFICERS, JEFFERSON COUNTY DEPUTIES, THE COURT STENOGRAPHER, AND THE PLAINTIFF. THE PLAINTIFF ATTEMPTED TO WITHDRAW HIS GUILTY

4

PLEA AND TESTIFIED ABOUT HIS TREATMENT IN JEFFERSON COUNTY JAIL. THE PLAINTIFF'S DESCRIBED HOW HE WAS TORTURED, ASSAULTED, AND HIS CHILDREN THREATENED HIS WHOLE STAY. THE JUDGE DENIED THE PLAINTIFF'S REQUEST TO WIRTHDRAW HIS PLEA AND HIS LAWYER MR. NEDDO WAS OPENLY HOSTILE TOWARDS HIM IN COURT. JUDGE TODD BECAME ANGRY AND STATED, "YOUR GOING TO THE STATE TO BE FLIPPED.", PLEASE SEE EXHIBIT 4 PARDON PAPERWORK FILED WITH NYS CLEMENCY REVIEW BOARD; EXHIBIT B. THESE WORDS HAVE BEEN REPLACED BY THE STENOGRAPHER, BUT THE RECORDING OF THE PRECEEDING EXIST SOMEWHERE. THE PLAINTIFF WAS TRANSFERRED TO NYS DOC ON 3/08/2012.

## INEFFECTIVENESS OF COUNSEL

PLAINTIFF WAS ASSIGNED THREE DIFFERENT DEFENSE COUNSELORS FROM THE JEFFERSON COUNTY PUBLIC DEFENDERS OFFICE DURING HIS CASE.

1       SHELA DIGNAM WAS INITIALLY ASSIGNED AND TRANSFERRED THE CASE FROM THE CITY OF WATERTWON COURT TO THE JEFFERSON COUNTY SUPREME COURT WITHOUT THE PERMISSION OF THE PLAINTIFF.

2       SHEILA CRAWLEY WAS ASSIGNED TO THE CASE AFTER THE TRANSFER AND STATED THAT THE CASE SHOULDN'T REQUIRE PRISON TIME.

3       AT THE GRAND JURY SHEILA WAS VERY LOUD & BOISTEROUS, ACCUSING ME OF VARIOUS THINGS, AND MAKING VARIOUS EYE & HAND SIGNALS.

4       THE PLAINTIFF'S EX WIFE NEVER TESTIFIED AT THE GRAND JURY.

5       PLAINTIFF REQUESTED THAT HE BE ASSIGNED ANOTHER ATTORNEY, AND AT THE ATTORNEY REPLACEMENT HEARING SHEILA CRAWLEY WHISPERED THAT THE NEXT OFFER WOULD BE 6 YEARS, AND LAUGHED.

6       JUDGE TODD ASSIGNED MR. NEDDO TO HIS CASE.

7       MR. NEDDO WAS OPENLY HOSTILE TO THE PLAINTIFF AT SEVERAL POINTS IN HIS CASE.

8       AT ONE POINT MR. NEDDO STATED THAT, "TAKE THE OFFER JUST THINK ABOUT ALL THE MEN YOU'LL BE SHOWERING WITH IN PRISON." AND "THE WHOLE GOVERNMENT OF THE UNITED STATES SAYS FUCK ERIC PEREZ."

9       NEDDO WAS OPENLY HOSTILE TO THE PLAINTIFF AT HIS SENTENCING, SEE EXHIBIT 4; PARSON PAPERWORK; EXHIBIT B.

9       THE PLAINTIFF WAS CALLED BACK TO THE CITY OF WATERTOWN COURT BY MR. NEDDO AFTER HE WAS IN GROVELAND PRISON WITHOUT ANY PRIOR NOTIFICATION.

10      PLAINTIFF WAS MADE TO PLEAD GUILTY TO A MISDEMEANOR TRESPASS VIOLATION THAT WAS INCLUDED IN THE UNIVERSAL PLEA AGREEMENT.

11      MAY, 2013 PLAINTIFF FILED A CPL 440.10 MOTION AND THE DA VACATED THE TRESSPASS CHARGE STATING THAT THE CHARGE WAS INCLUDED IN THE UNIVERSAL PLEA AGREEMENT.

12      DURING THE POST CONVICTION REMEDY PROCESS MR. NEDDO WOULD NOT COOPERATE WITH MINOR REQUESTS.

## POST CONVICTION MOTIONS

1       PLAINTIFF FILED CPL 440.10 MAY 2012.

2       DA VACATED THE MISDEMEANOR TRESSPASS CHARGE, BUT UPHELD CONTEMPT 1.

3       OCT, 2013 PLAINTIFF FILED CPL 460.15 TO THE APPELLATE DIVISION 4TH DEPT, DENIED.

4     MAY, 2013 PLAINTIFF FILED FEDERAL HABEAS CORPUS IN N.DISTRICT COURT.

5     JULY 30, 2012 PLAINTIFF WAS RELEASED FROM COXSACKIE CORRECTIONAL FACILTY.

6     JULY 29, 2014 JUDGE SHARPE REASSIGNED 10 CASES TO INCLUDE THE PLAINTIFF TO JUDGE SINGLETON OF ALASKA.

7     OUT OF THE 10 CASES REASSIGNED TO JUDGE SINGLETON, THE PLAINTIFF'S WAS THE ONLY ONE ADJUDICATED BY SINGLETON, PLEASE SEE EXHIBIT 5 REASSIGNMENT ORDER.

8     THE OTHER 9 CASES WERE ASIGNED TO OTHER JUDGES.

9     JUDGE SINGLETON DENIED THE HABEAS.

10    PLAINTIFF APPLIED FOR CERTIFICATE OF APPEAL TO THE COURT OF APPEALS NY.

11    PLAINTIFF WAS DENIED.

## NEWLY DISCOVERED EVIDENCE

THE NEWLY DISCOVERED EVIDENCE TO THE PLAINTIFF IS NOT NEWLY DISCOVERED AT ALL. THE EVIDENCE THAT PROVES THAT THERE IS AND WAS AT THE TIME OF THE PLAINTIFF'S CONVICTION AN ACTIVE CONSPIRACY IS A VIDEO TITLED BRITISH VIRGIN ISLANDS - SOGGY DOLLAR BEACH BAR, WHITE BAY, JOST VAN DYKE, BVI, CARIBBEAN WAS POSTED TO YOUTUBE ON FEBRUARY 26, 2012 BY RICK MOORE WHO IS A CLOSE RELATIVE TO ONE OF THE MAIN ORCHESTRATORS OF THIS CONSPIRACY. TWELVE DAYS AFTER THE PLAINTIFF PLEAD GUILTY THE EX-WIFE WAS IN HE BRITISH VIRGIN ISLANDS WITH HER NEW HUSBAND MR. ACOSTA, SEVERAL UNKNOWN COCONSPIRATORS, GINA SUAREZ THE PLAINTIFF'S STEPMOTHER, DINO THE PLUMBER WHO RENTS THE GARAGE THAT IS ATTACHED TO THE PLANTIFF'S APARTMENT IN STATEN ISLAND, DEPUTY MEZACOLA'S BROTHER, ERIN BARTLE WHO WORKED WITH THE PLAINTIFF AT BUFFALO WILD WINGS AFTER HIS RELEASE FROM PRISON, RICHARD M. SPACE JR. WHO IS THE PLAINTIFF'S LIFELONG FRIEND & FELLOW MARINE, A FORMER EMPLOYEE OF NEUSTAR INCORPORTED WHERE THE PLAINTIFF WAS EMPLOYED FROM 2008-2009, SEVERAL CONTRACTORS, AND SEVERAL PERSONS UNDER THE COLOR OF LAW FROM JEFFERSON COUNTY NY. THE LOGISTICS AND BUDGET OF THIS TRIP WERE PLANNED OUT AS PASSPORTS AND COMPLEX TRAVEL ARRANGEMENTS NEEDED TO BE MADE. THE VIDEO HAS OVER 180,000 HITS ON YOUTUBE https://youtu.be/sLL8AifIJFA THE FACT IS THAT THE JEFFERSON COUNTY SHERIFF'S DEPARTMENT WAS RUNNING A STING OPERATION IN CONJUNCTION WITH OUTSIDE AGENCIES. THEY HAD SEVERAL INFORMANTS FROM JEFFERSON COUNTY JAIL ON THE ISLAND AS WELL AS OTHERS. THE JEFFERSON COUNTY DISTRICT ATTORNEY'S OFFICE WAS WELL AWARE OF THE OPERATION AND PROSECUTED THE PLAINTIFF IN ORDER TO PERPETRATE A MILLION DOLLAR ENTERTAINMENT GIMMICK BASED ON THE DEFAMATION, HARASSMENT, AND DEATH OF THE PLAINTIFF HIS CHILDREN AND OTHERS. AS YOU CAN HEAR IN THE VIDEO THEY ARE SPEAKING ABOUT SEVERAL MEMBERS OF MY FAMILY TO INCLUDE MY ELDEST DAUGHTER ALEX. THE FACT THAT THIS VIDEO WAS FUILMED WITH MANY OF THE CONSPIRATORS BACKS TURNED TOWARDS THE CAMERA IS NOT A COINCIDENCE. NEITHER IS IT A COINCIDENCE THAT SEVERAL OTHER CONSPIRATORS HAVE VIDEOS POSTED ON THE CHANNEL. THE PERSONS IN THE VIDEO TO INCLUDE THE PERSON WHO FILMED THE VIDEO MUST BE IDENTIFIED AND CONFIRMED BY THE AUTHIORITIES. I DISCOVERED THE VIDEO ON YOUTUBE ON NOVEMBER 16TH, 2016. EVERY SINGLE EVENT AND COUNTER EVENT SINCE MY INCARCERATION HAS BEEN ENGINEERED AND PLOTTED BY THESE RACKETEERS WHO HAVE CREATED THIS GIMNMICK AND PLACED RULES ON MY LIFE THAT ONLY BENEFIT THEM. THESE PEOPLE HAVE EVEN EXPLOITED MY DAUGHTERS AND ENDANGERED THEM DELIBERATELY AND PERMANENTLY IN ORDER TO MAKE A PROFIT ,

6

ENTRAP PEOPLE, AND EXPLOIT MY CHILDREN. THEIR LOCATIONS, PERSONS THEY HAVE BEEN ACQUAINTED WITH, THEIR EDUCATION, AND EVERY ASPECT OF THEIR CARE NEEDS TO BE EXAMINED AS WELL. PLEASE SEE THE PARDON PAPERWORK, EXHIBIT 4 FOR ADDITIONAL DETAILS.

## CONCLUSION

THE TOTALITY OF THE EVIDENCE ONLY PROVES THAT THE PLAINTIFF WAS MALICIOUSLY PROSECUTED BY THE JEFFERSON COUNTY DISTRICT ATTORNEY'S OFFICE AS PART OF A MULTI-MILLION DOLLAR RACKET WITH THE PLAINTIFF'S HARASSMENT, INTIMIDATION, DEFAMATION, RESTRAINT, AND HUNDREDS OF OTHER VIOLATIONS AT ITS CENTER. THE LOCATIONS OF THE VARIOUS PARTICIPANTS, INFORMANTS, AND OTHERS FURTHER PROVES THIS. THE PLAINTIFF SHOULD BE REVERSED AND CHARGES BROUGHT AGAINST THESE COCONSPIRATORS, INSTEAD OF THE PROMOTIONS & PRIVILEGES THEY HAVE ENJOYED WHILE I SUFFERED. I ASK THIS BECAUSE IT IS RIGHT & JUST.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING ARE TRUE & CORRECT.

2/9/2017

ERIC ANDREW PEREZ
PO BOX 40965
STATEN ISLAND, NY 10304

7

# EXHIBITS

# EXHIBIT 1



# EXHIBIT 2

# EXHIBIT 3



STATE OF NEW YORK
JEFFERSON COUNTY

I, Gizelle J. Meeks, Clerk of the County of Jefferson of the County Court of said County
and of the Supreme Court, both being courts of Record having a common seal, DO
HEREBY CERTIFY that I have compared this copy with the original

        DESCRIPTION: EXTRACT OF COURT MINUTES
        DATE:                 05/01/2016(9 Pages)
        INDEX               2016-00000429

filed, recorded, or entered in this office and that the same is a correct transcript thereof and
of the whole of said original.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said
County and Courts on

Date: _____ 11/03/2016 _____

_Gizelle J. Meeks_           By _____

        Gizelle J. Meeks
        Jefferson County Clerk

HON. DONALD E. TODD, Presiding
DA CINDY F. INTSCHERT

Indictment No: 11-454-11
Index No: 11-2419
NYSID No: 9232049R
DOB: June 27, 1976
Filed: October 27, 2011

THE PEOPLE OF THE STATE OF NEW YORK

-vs-

ERIC A. PEREZ

The Defendant, ERIC A. PEREZ, having been indicted on October 27, 2011, for the crime(s) of: AGGRAVATED CRIMINAL CONTEMPT (DF) PL 215.52-01; CRIMINAL CONTEMPT 1st (EF) PL 215.51-B5; CRIMINAL CONTEMPT 1st (EF) PL 215.51-B1; CRIMINAL CONTEMPT 1st (EF) PL 215.51-B6; CRIMINAL CONTEMPT 2nd (AM) PL 220.50-03 *(3 counts)*; CRIMINAL POSSESSION OF A WEAPON 3rd (DF) PL 265.02-01; MENACING 2nd (AM) PL 120.14-01; MENACING 2nd (AM) PL 120.14-03; ASSAULT 3rd (AM) PL 120.11-01; ENDANGERING THE WELFARE OF A CHILD (AM) PL 260.10-01 *(2 counts)*, committed on or about August 4, 2011, and the Defendant having been arraigned on the above charges on November 2, 2011, and having been advised of all charges and rights.

On February 14, 2012, Defendant being represented by ANTHONY NEDDO, Esq., of Counsel, entered a plea of guilty to 2nd count: CRIMINAL CONTEMPT 1st (EF) PL 215.51-B5 *(Remaining counts covered by plea)*.

*Appeal rights waived.*

On February 28, 2012, ERIC A. PEREZ *(Defendant)*, was arraigned on Second Felony Offender Information and admitted same, and by Order of the Court, was sentenced AS A SECOND FELONY OFFENDER to:  INDETERMINATE TERM 1 ½ TO 3 YEARS NYS DOCS.  ORDER OF PROTECTION GRANTED AND SERVED ON DEFENDANT IN COURT.  SURCHARGE $325.00.  DNA FEE WAIVED.

SURCHARGE $325.00

I certify the above to be true extract of the Court Minutes.

_____
TERRY A. ROOS, *Court Clerk*

ARR. STENO:        WENDY L. BARNETT
DISPO. STENO:      WENDY L. BARNETT
SENT. STENO:       WENDY L. BARNETT

FILED IN
JEFFERSON COUNTY CLERKS OFFICE
Cheryl D. Lane, County Clerk
03/01/2012  3:52 PM

# EXHIBIT 4

# EXHIBIT 5

Case 9:13-cv-00334-JKS   Document 57   Filed 07/29/14   Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

In re: Reassignment of cases to the
Honorable James K. Singleton.
Senior District Judge. District
of Alaska

## REASSIGNMENT ORDER

The Second Circuit Council has authorized the Honorable James K. Singleton
sit by designation in the Northern District of New York. The following cases have been
reassigned to Judge Singleton for disposition. **Referral to the assigned Magistrate**
**Judges will be terminated.**

| | | |
|---|---|---|
| 1) | 9:11-cv-1517 (MAD/TWD) | Dorn v. Thomas |
| 2) | 9:12-cv-621 (MAD/TWD) | Henderson v. Graham |
| 3) | 9:12-cv-932 (DNH) | Wright v. Graziano |
| 4) | 9:12-cv-1173 (NAM/RFT) | Mclain v. Kaplan |
| 5) | 9:12-cv-1617 (GTS) | Porter v. Stallone |
| 6) | 9:12-cv-1660 (MAD) | Lewis v. Superintendent |
| 7) | 9:12-cv-1854 (DNH) | Moore v. NYS Board of Parole |
| 8) | 9:13-cv-233 (DNH/DEP) | Shaver v. Superintendent |
| 9) | 9:13-cv-384 (GLS) | Perez v. Martuscello |
| 10) | 9:13-cv-676 (FJS/ATB) | Blackmon v. Lavalley |

IT IS SO ORDERED.

July 29, 2014
Syracuse, New York

Gary L. Sharpe
Chief U.S. District Judge

# EXHIBITS 9



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF CRIMINAL JUSTICE
PUBLIC INTEGRITY BUREAU

February 14, 2017

Mr. Eric Andrew Perez
69 Prince Street
Staten Island, New York 10304

RE: Complaint # 17-0239

Dear Mr. Perez:

On behalf of Attorney General Eric T. Schneiderman, I thank you for the information you provided to our office dated February 4, 2017.

The Public Integrity Bureau has carefully reviewed your correspondence and has determined that your complaint does not warrant action by this office at this time.

Please be advised that this Office does not provide legal opinions nor represent individuals.  If you believe that you may have an individual claim, you may wish to consult a private attorney.  Your local bar association provides attorney referrals.  ***Please note***: **The complaint you have filed with this Office has no effect on any statute of limitations filing deadlines that might apply to your claim.**  By filing a complaint with this Office, you have <u>not</u> initiated a lawsuit or a proceeding, nor has this Office initiated a lawsuit or a proceeding on your behalf.

Thank you again for bringing this matter to our attention.

Very truly yours,

Public Integrity Bureau

# EXHIBITS 10



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF CRIMINAL JUSTICE
CONVICTION REVIEW BUREAU

February 15, 2017

Mr. Eric Andrew Perez
PO Box 40965
Staten Island, NY 10304

Re: Communication with Conviction Review Bureau

Dear Mr. Perez:

Thank you for your submission to the Conviction Review Bureau. Unfortunately after a review of your submitted materials, the Attorney General's Office cannot intervene in your case. If you wish to raise additional legal issues, you should address those in an appropriate motion, if any, to the District Attorney's office in the Bronx or Jefferson Counties. We are forwarding a copy of your letter to those offices.

Sincerely,

Conviction Review Bureau
Office of the Attorney General
State of New York

cc: Bronx and Jefferson County District Attorneys

# EXHIBITS 11

ERIC PEREZ

PO BOX 40965

STATEN ISLAND, NY 10304

DISTRICT ATTORNEY

KRISTINA S. MILLS

175 ARSENAL ST

WATERTOWN, NY 13601

RE:     CONVICTION REVIEW UNIT

Dear MS. MILLS:

I am a prospective law student, and am writing a paper on the procedures and policies followed while reviewing an illegally convicted individuals conviction? I have read several papers from Penn Sate University in reference to this topic. I would like to know the procedures followed while reviewing someone's conviction, and precisely how the conviction review is performed.

I understand that the New York State District Attorney's Office has launched a new initiative on this topic and has made this one of his top priorities. Please provide me with as much information as possible and any official policies, rules, regulations, and guidelines followed. I would also need to know how to request a review of a conviction within the jurisdiction of Jefferson County, NY.

I do realize that your office is extremely busy with urgent matters. I would appreciate your response and cooperation with this request as I intend to join the ranks of the esquires, and aspire to become one of the top lawyers in our field. Please respond within a timely manner, and I hope your putting away as many criminals as possible and keeping our citizenry safe from harm.

Sincerely,

Eric Perez

ERIC PEREZ

PO BOX 40965

STATEN ISLAND, NY 10304

DISTRICT ATTORNEY

CONVICTION REVIEW UNIT

198 EAST 161 ST

BRONX, NY 10451

RE:      CONVICTION REVIEW UNIT

Dear :

    I am a prospective law student, and am writing a paper on the procedures and policies followed while reviewing an illegally convicted individuals conviction? I have read several papers from Penn Sate University in reference to this topic. I would like to know the procedures followed while reviewing someone's conviction, and precisely how the conviction review is performed.

    I understand that the New York State Attorney General's Office has launched a new initiative on this topic and has made this one of his top priorities. Please provide me with as much information as possible and any official policies, rules, regulations, and guidelines followed. I would also need to know how to request a review of a conviction within the jurisdiction of Bronx County, NY.

    I do realize that your office is extremely busy with urgent matters. I would appreciate your response and cooperation with this request as I intend to join the ranks of the esquires, and aspire to become one of the top lawyers in our field. Please respond within a timely manner, and I hope your putting away as many criminals as possible and keeping our citizenry safe from harm.

Sincerely,

Eric Perez

# EXHIBITS 12



OFFICE OF THE DISTRICT ATTORNEY
Bronx County

*Darcel D. Clark – District Attorney*
## JOB VACANCY NOTICE

| | |
|---|---|
| **CIVIL SERVICE TITLE:** Community Associate | **LEVEL:** N/A |
| **FUNCTIONAL TITLE:** Trial Preparation Assistant | |
| **TITLE CODE NO:** 56057 | **HIRING RATE:** |
| **BUREAU/WORK UNIT:** Conviction Integrity Unit | **SHIFT:** M-F, 9-5 |
| **WORK LOCATION:** 198 E 161st Street, 10th Floor | **NUMBER OF POSITIONS:** 1 |

### ABOUT THE UNIT:
The Conviction Integrity Unit (CIU) is dedicated to improving the quality and integrity of prosecutions throughout the Office. CIU has two important functions. First, CIU reviews post-judgment claims of actual innocence and wrongful conviction in our most serious cases. The review is generally fact-based and extra-judicial. Second, CIU works closely with other areas of the Office to help implement and follow best practices in our current prosecution of cases, and to ensure compliance with all legal and ethical obligations.

### JOB SUMMARY:
CIU is looking for a motivated individual to serve as a Trial Preparation Assistant (TPA) and support the unit's Assistant District Attorneys (ADAs) with all facets of case review, investigations and file organization.

### ESSENTIAL FUNCTIONS:
1. Ability to maintain a strict order of confidentiality
2. Exceptional organizational skills and strong attention to detail
3. Excellent interpersonal, oral, and written communication skills
4. Proficient in Microsoft Office particularly Word and Outlook

### JOB RESPONSIBILITIES:
Specific duties will include, but are not limited to the following:
- Create the unit's paper and electronic file by acquiring the closed case file, any decisions on the case, the appeals file, etc.
- Add pertinent information on each case to the CIU case tracking system
- Secure all necessary paperwork from other agencies including NYPD, FDNY, DOC, OCME, etc.
- Draft form correspondence
- All other duties as assigned

### PREFERRED EDUCATION AND EXPERIENCE/QUALIFICATIONS:
- **A baccalaureate degree preferred or a High School diploma/GED and prior work experience in a law firm, governmental agency, civic or community organization**
- **A valid New York State driver's license with a minimum of two (2) years driving experience is required**
- Familiarity with general court services and functions
- Ability to work in a fast-paced high volume professional environment
- Ability to interact professionally with various city agencies
- Prior legal experience is preferred

*To apply, please submit your resume/cover letter to the following address.  **Please include the Job Vacancy Number (JVN):***
**Email: BxDAHR@bronxda.nyc.gov**
*Or, mail to:*
**Abigayle Erickson**
**Human Resources Unit**
**Office of the Bronx District Attorney**
**198 E 161st Street, 4th Floor, Bronx, NY 10451**
*Your resume may be considered for additional assignments for which you are qualified. Only applicants scheduled for interviews will be contacted.*
*Submission of application is not a guarantee that you will receive an interview.*

| | | |
|---|---|---|
| **POST DATE:** 08/15/2016 | **POST UNTIL: Filled** | **JVN: 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** |

*The Office of the Bronx District Attorney is an Equal Opportunity Employer Committed to Diversity*

# EXHIBITS 13



23 /2016
*www.bronxda.nyc.gov*

**DARCEL D. CLARK**
*DISTRICT ATTORNEY, BRONX COUNTY*

198 EAST 161ST STREET
BRONX, N.Y. 10451
(718) 590-2234

**For Immediate Release**
**March 17, 2016**

## BRONX DISTRICT ATTORNEY DARCEL D. CLARK ANNOUNCES KEY APPOINTMENTS, INCLUDING NEW CHIEF OF INVESTIGATIONS

### Chiefs of New Rikers Island Prosecution Bureau and New Conviction Integrity Unit Also Appointed

Bronx District Attorney Darcel D. Clark today announced a series of key appointments to her staff.

District Attorney Clark said, "These veteran attorneys bring invaluable experience to pivotal initiatives I am launching, including Rikers Island reform and conviction review. Three of them began their legal careers as prosecutors in this Office, and we welcome them back to help us ensure swift, certain justice in the Bronx."

Jean T. Walsh will join the Bronx District Attorney's Executive Staff as Chief of the Investigations Division. In that capacity she will oversee the new Rikers Island Prosecution Bureau, the Public Integrity Bureau, the Special Investigations Unit and other investigative bureaus.

Ms. Walsh most recently served as Deputy Superintendent of Banks for the New York State Department of Financial Services, where she oversaw units that investigate violations of banking law, interacted with federal banking regulators, and coordinated criminal investigations with federal and local law enforcement agencies.

Prior to that position, Ms. Walsh was Vice President/Senior Audit Manager for Bank of America, and Managing Director, Office of the General Counsel/Market Surveillance at the New York Stock Exchange. She has also served as Deputy Inspector General at the New York State Office of the Inspector General, and was an Assistant U.S. Attorney in the U.S. Attorney's Office, Southern District of New York. She also held supervisory positions as an Assistant District Attorney in the Bronx District Attorney's Office.



**23 /2016**
<u>www.bronxda.nyc.gov</u>

**DARCEL D. CLARK**
*DISTRICT ATTORNEY, BRONX COUNTY*

198 EAST 161ST STREET
BRONX, N.Y. 10451
(718) 590-2234

Deanna G. Logan will be Chief of the Rikers Island Prosecution Bureau. She currently serves as Assistant Commissioner/Trials Litigation Division for the New York City Department of Correction, supervising trials and assisting with policy and other legal matters. She was director of Compliance for Barclays Capital; Managing Director, Office of the General Counsel at the New York Stock Exchange, and served in the New York County District Attorney's Office.

Wanda Perez-Maldonado will be Chief of the Public Integrity Bureau. She most recently was Deputy Chief of Special Investigations and Prosecutions Unit (SIPU) in the New York State Attorney General's Office, handling matters involving the death of unarmed civilians caused by law enforcement officers. She also served on the Organized Crime Task Force and in other positions in the AG's Office, and was a prosecutor in the Bronx District Attorney's Investigations Division.

Tarek A. Rahman will be Chief of the Special Investigations Unit. He most recently served as Deputy Bureau Chief, Organized Crime Task Force, in the New York State Attorney General's Office, and served in the AG's Auto Insurance Fraud Unit. He was an associate at Lester Schwab Katz and Dwyer and prior to that served in the Bronx District Attorney's Office.

Gina Mignola will be Chief of the Conviction Integrity Unit and Deputy Chief of the Appeals Bureau. She served in the New York County District Attorney's Office for 28 years, where her most recent position was Senior Appellate Counsel. She successfully argued or supervised more than 100 cases in the Appellate Division and won nine cases before the New York State Court of Appeals.

Seth Steed joins the Conviction Integrity Unit as an Assistant District Attorney. In his prior position as Appellate Counsel in The Legal Aid Society's Criminal Appeals Bureau, he reinvestigated 23 questionable Brooklyn murder convictions, including the recent exoneration of Vanessa Gathers. He also was a staff attorney for Neighborhood Defender Service of Harlem.

The new Assistant District Attorneys will be joining the Office in the coming weeks.

### ###

# EXHIBITS 14



## Conviction Review

1 message

**Eric Perez** <ericperezdeservesjustice@gmail.com>                    Thu, Feb 16, 2017 at 3:56 PM
To: convictionreview@ag.ny.gov

Honorable Alvin Bragg:

    I submitted my conviction review paperwork/synopsis of the two convictions that I believe I have been illegally convicted of to 120 Broadway, 24th For New York, NY 10271 on Feb 10, 2017 @ 9 am. I am requesting an update on he process and when you expect to make a decision. I do understand that in order to be fair that am investigation needs to be conducted, especially since my case involves an international conspiracy with multiple persons under the color of law who were captured on film on that island. I would like to be as involved as possible and provide as much information to assist with this investigation. I would also like to inform your office that the phone number on my file is wrong. My phone number is 347-831-8299. I look forward to an interview and the vindication from this outrageous criminal conspiracy that has cost me my life. These criminal conspirators are still engineering and interfering in the process of becoming reversed, and have me entrapped in this area of Staten Island as part of this conspiracy. I look forward to speaking to someone in person and I hope I don't have to escalate. I also look forward to working hard and achieving my paralegal certificate in college soon. I admire your accomplishments and always wonder what if I had the correct guidance or if this had not happened to me, what would I have been? Looking forward to speaking with your office as soon as possible.

Sincerely,

    Eric A Perez
    PO BOX 40965
    Staten Island, NY 10304



## Conviction Review

1 message

**Eric Perez** <ericperezdeservesjustice@gmail.com>                    Fri, Feb 17, 2017 at 11:58 AM
To: Conviction Review <Conviction.Review@ag.ny.gov>

To whom it may concern:

   I was told that the process would take anywhere from 4-6 weeks. There is no way a proper investigation or the identities of all the persons in the video could be established in a week. I would like to know exactly whom conducted the review and how. It is impossible to conduct such an investigation in such a short period. Is there someone from your office I can speak to? I plan to escalate this, I am surrounded by the same culprits who falsely incarcerated me and persons whom I am suing in my civil rights lawsuit. This is being done deliberately and with malicious intent. I plan on escalating to the FBI as well. I have never seen such corruption.

Sincerely,

    Eric Perez

☐ORIGINAL

3/05/2017

Eric Perez
PO BOX 40965
Staten Island, NY 10304
347-831-8299

Chief Clerk
US DISTRICT COURT EASTERN DISTRICT
225 Cadman Plaza East
Brooklyn, NY 11201

RE:     Civil Rights Action

TO:     Chief Clerk

        Please present this Civil Rights Action to a Judge for review. The complaint contains

**27** pages. The issues at hand are very crucial to my life.

                                        Sincerely,   Eric Perez

3-10-2017 EAP

                                        Eric Perez
                                        PO BOX 40965
                                        Staten Island, NY 10304
                                        347-831-8299

ENCLOSED:   CIVIL COVER SHEET
            IFP MOTION
            DECLARATION IN SUPPORT OF IFP APPLICATION
            2016 TAXES
            MOTION FOR APPOINTMENT OF COUNSEL
            DECLARATION IN SUPPORT OF COUNSEL
            COMLAINT
            PARGRAPH ON DEFENDANTS
            EXHIBITS



RECEIVED
MAR 1 0 2017
PRO SE OFFICE

1